| Medicare Part D | | | |
|---|---|---|---|
| Patient | Date of Service | Controlled Substance | Prescription |
| R.R. | 7/22/2020 | NO | AZITHROMYCIN |
| P.N. | 7/23/2020 | NO | CEPHALEXIN |
| C.C. | 7/31/2020 | NO | HYDROXYCHLOROQUINE SULFATE |
| P.H. | 8/3/2020 | NO | CEPHALEXIN |
| R.R. | 8/5/2020 | NO | AZITHROMYCIN |
| V.W. | 8/11/2020 | NO | CEPHALEXIN |
| J.S. | 8/12/2020 | NO | CEPHALEXIN |
| M.B. | 8/17/2020 | NO | CEPHALEXIN |
| F.L. | 8/19/2020 | NO | CEPHALEXIN |
| D.F. | 8/26/2020 | NO | AMOXICILLIN |
| G.W | 9/8/2020 | NO | AMOXICILLIN |
| T.G. | 9/16/2020 | NO | AMOXICILLIN |
| R.M. | 9/21/2020 | NO | CEPHALEXIN |
| H.B. | 9/21/2020 | NO | AMPICILLIN TRIHYDRATE |
| H.B. | 9/21/2020 | NO | CEPHALEXIN |
| H.B. | 9/21/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| L.C. | 9/24/2020 | NO | CEPHALEXIN |
| M.K. | 9/25/2020 | NO | CEPHALEXIN |
| R.R. | 9/29/2020 | NO | AZITHROMYCIN |
| R.R. | 10/1/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| J.A. | 10/6/2020 | NO | CLINDAMYCIN HCL |
| R.M. | 10/6/2020 | NO | AMOXICILLIN |
| D.T. | 10/6/2020 | NO | AMOXICILLIN |
| D.F. | 10/11/2020 | NO | DEXAMETHASONE |
| R.M. | 10/12/2020 | Schedule III-V | ACETAMINOPHEN-CODEINE |
| L.Y. | 10/13/2020 | NO | CHLORHEXIDINE GLUCONATE |
| F.L. | 10/20/2020 | NO | CEPHALEXIN |
| R.M. | 10/20/2020 | Schedule III-V | ACETAMINOPHEN-CODEINE |
| R.G. | 10/27/2020 | NO | CEPHALEXIN |
| L.M.H. | 11/1/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| L.M.H. | 11/1/2020 | NO | AZITHROMYCIN |
| S.L. | 11/5/2020 | NO | CEPHALEXIN |
| S.L. | 11/5/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| L.M.H. | 11/7/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| L.M.H. | 11/9/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| L.M. | 11/10/2020 | NO | AMOXICILLIN |
| S.L. | 11/12/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| S.L. | 11/19/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| S.L. | 11/24/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| S.L. | 11/30/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| I.M. | 12/3/2020 | NO | AMOXICILLIN |
| V.M. | 12/3/2020 | NO | AMOXICILLIN |
| H.P. | 12/4/2020 | NO | CEPHALEXIN |

EXHIBIT A

| Medicare Part D | | | |
|---|---|---|---|
| Patient | Date of Service | Controlled Substance | Prescription |
| S.L. | 12/7/2020 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| R.C. | 12/9/2020 | NO | AMOXICILLIN |
| D.T. | 12/17/2020 | NO | AMOXICILLIN |
| J.M. | 12/22/2020 | NO | AZITHROMYCIN |
| J.D. | 12/28/2020 | NO | CEPHALEXIN |
| R.C. | 1/13/2021 | NO | AMOXICILLIN-CLAVULANATE POTASS |
| R.R. | 1/14/2021 | NO | CLINDAMYCIN HCL |
| L.C. | 1/18/2021 | NO | CEPHALEXIN |
| L.C. | 1/18/2021 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| A.G. | 1/22/2021 | NO | CEPHALEXIN |
| R.G. | 1/25/2021 | NO | CEPHALEXIN |
| T.B. | 1/27/2021 | NO | CEPHALEXIN |
| T.B. | 1/27/2021 | Schedule II | HYDROCODONE-ACETAMINOPHEN |
| L.S. | 2/9/2021 | NO | CEPHALEXIN |
| R.G. | 2/17/2021 | NO | CEPHALEXIN |
| E.T. | 2/18/2021 | NO | CLINDAMYCIN HCL |
| C.B. | 3/10/2021 | NO | CEPHALEXIN |
| R.G. | 3/26/2021 | NO | CEPHALEXIN |
| E.M. | 4/12/2021 | NO | AMOXICILLIN |
| B.L. | 4/30/2021 | NO | AMOXICILLIN |
| L.M. | 5/5/2021 | NO | AMOXICILLIN |
| S.C. | 5/5/2021 | NO | CEPHALEXIN |
| C.C. | 5/16/2021 | NO | AMOXICILLIN |
| R.M. | 6/11/2021 | NO | AMOXICILLIN |
| B.L. | 6/22/2021 | NO | AMOXICILLIN |
| D.F. | 7/8/2021 | NO | AMOXICILLIN |
| R.G. | 8/26/2021 | NO | CEPHALEXIN |