| Patient | Date Written | Date Filled | Controlled Substance | Prescription | Medicaid Payment |
|---|---|---|---|---|---|
| | | | Medicaid | | |
| B.S. | 2020-08-05 | 2020-11-13 | No | HYDROXYCHLOROQUINE 200 MG T | $ 13.23 |
| B.S. | 2020-08-05 | 2021-01-13 | No | HYDROXYCHLOROQUINE 200 MG T | $ 4.56 |
| A.S. | 2020-08-25 | 2020-08-25 | Schedule II | HYDROCODONE-ACETAMIN 10-325 | $ 6.65 |
| V.G. | 2020-08-27 | 2020-09-03 | Schedule II | OXYCODONE-ACETAMINOPHEN 10- | $ 20.12 |
| J.G. | 2020-09-09 | 2020-09-09 | Schedule II | HYDROCODONE-ACETAMIN 10-325 | $ 2.84 |
| J.G. | 2020-09-09 | 2020-09-09 | No | CEPHALEXIN 250 MG CAPSULE | $ 6.20 |
| D.V. | 2020-11-05 | 2020-11-05 | No | AMOXICILLIN 500 MG CAPSULE | $ 6.51 |
| A.S. | 2020-12-28 | 2020-12-30 | Schedule II | HYDROCODONE-ACETAMIN 10-325 | $ 7.63 |
| A.S. | 2020-12-28 | 2020-12-28 | No | AZITHROMYCIN 250 MG TABLET | $ 6.14 |
| M.S. | 2021-01-09 | 2021-01-10 | No | AZITHROMYCIN 250 MG TABLET | $ 3.15 |
| M.S. | 2021-01-10 | 2021-01-10 | Schedule II | HYDROCODONE-ACETAMIN 10-325 | $ 2.76 |
| M.S. | 2021-02-10 | 2021-02-10 | No | SODIUM FLUORIDE 1.1% GEL | $ 8.03 |
| | | | | | $ 87.82 |

EXHIBIT B