| Tricare | | | | | |
|---|---|---|---|---|---|
| Patient | Date Written | Date Filled | Controlled Substance | Prescription | Tricare Payment |
| A.G. | 7/22/2020 | 7/23/2020 | No | DEXAMETHASONE 0.5 MG/5 ML LIQ | $14.66 |
| K.P. | 8/3/2020 | 8/3/2020 | Schedule II | HYDROCODONE-ACETAMIN 10-325 MG | $0.00 |
| K.P. | 8/3/2020 | 8/3/2020 | No | CEPHALEXIN 250 MG CAPSULE | $0.00 |
| K.P. | 8/13/2020 | 8/13/2020 | Schedule II | HYDROCODONE-ACETAMIN 10-325 MG | $0.00 |
| J.C. | 8/25/2020 | 8/25/2020 | No | CEPHALEXIN 250 MG CAPSULE | $3.56 |
| D.F. | 8/26/2020 | 8/26/2020 | No | AMOXICILLIN 500 MG CAPSULE | $0.00 |
| G.S. | 9/3/2020 | 9/3/2020 | No | DEXAMETHASONE 0.5 MG/5 ML ELX | $2.08 |
| B.S. | 9/11/2020 | 9/11/2020 | No | CEPHALEXIN 250 MG CAPSULE | $0.00 |
| B.S. | 9/17/2020 | 9/20/2020 | Schedule IV | TRAMADOL HCL 50 MG TABLET | $0.00 |
| K.P. | 10/15/2020 | 10/15/2020 | Schedule II | HYDROCODONE-ACETAMIN 10-325 MG | $0.00 |
| K.P. | 10/22/2020 | 10/22/2020 | Schedule II | HYDROCODONE-ACETAMIN 10-325 MG | $0.00 |
| K.P. | 11/3/2020 | 11/3/2020 | Schedule II | HYDROCODONE-ACETAMIN 10-325 MG | $0.00 |
| J.O. | 11/23/2020 | 11/23/2020 | Schedule II | HYDROCODONE-ACETAMIN 10-325 MG | $0.00 |
| J.O. | 11/24/2020 | 11/24/2020 | No | AZITHROMYCIN 250 MG TABLET | $0.00 |
| M.A. | 11/29/2020 | 11/29/2020 | No | AZITHROMYCIN 250 MG TABLET | $0.00 |
| K.P. | 11/30/2020 | 11/30/2020 | Schedule II | HYDROCODONE-ACETAMIN 7.5-325 | $0.00 |
| K.P. | 12/14/2020 | 12/14/2020 | Schedule II | HYDROCODONE-ACETAMIN 7.5-325 | $0.00 |
| G.S. | 12/16/2020 | 12/16/2020 | No | DEXAMETHASONE 0.5 MG/5 ML ELX | $0.00 |
| G.S. | 12/16/2020 | 4/2/2021 | No | DEXAMETHASONE 0.5 MG/5 ML ELX | $0.00 |
| G.S. | 12/16/2020 | 9/8/2021 | No | DEXAMETHASONE 0.5 MG/5 ML ELX | $0.00 |
| K.P. | 12/20/2020 | 12/21/2020 | Schedule II | HYDROCODONE-ACETAMIN 10-325 MG | $0.00 |
| K.P. | 1/12/2021 | 1/12/2021 | No | CEPHALEXIN 250 MG CAPSULE | $0.00 |
| M.A. | 2/3/2021 | 2/3/2021 | No | AZITHROMYCIN 250 MG TABLET | $0.00 |
| M.C. | 2/4/2021 | 2/4/2021 | No | CEPHALEXIN 250 MG CAPSULE | $3.56 |
| S.H. | 4/1/2021 | 4/2/2021 | No | CEPHALEXIN 250 MG CAPSULE | $3.56 |
| | | | | | **$27.42** |

EXHIBIT C