AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America

*Plaintiff(s)*

v.

William C. Gardner, DDS

*Defendant(s)*

Civil Action No. 1:22-CV-830 KK/JFR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* William C. Gardner, DDS
5533 Via Conejo NE
Albuquerque, NM 87111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ruth F. Keegan, Assistant U.S. Attorney
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Wednesday, November 02, 2022

Denisse Rincon

*Signature of Clerk or Deputy Clerk*

United States District Court District of New Mexico

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-830 KK/JFR

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* WILLIAM C GARDNER, DDS was received by me on *(date)* 11/03/22.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* KATHERINE GARDNER (WIFE), a person of suitable age and discretion who resides there, on *(date)* 11/03/22, and mailed a copy to the individual's last known address; or 110422 5533 VIA CONEJO NE ALBUQUERQUE NM 87111

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ N/A for travel and $ 59.26 for services, for a total of $ 59.26.

I declare under penalty of perjury that this information is true.

Date: 11/04/22

Dewayne Z [signature]
*Server's signature*

DEWAYNE ZIMITSKI PRIVATE PROCESS SERVER
*Printed name and title*

P.O. BOX 35683
ALBUQUERQUE NM 87176
*Server's address*

Additional information regarding attempted service, etc: