FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/21/2022 4:37 PM
CLERK OF THE COURT
Andrea Serna

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

No. _____   D202CR 2022 0 2 4 6 3

IFB: IFB22-0098                           EXHIBIT A
DA#: N/A

STATE OF NEW MEXICO,

    Plaintiff,

vs.                                 JENNIFER WERNERSBACH

WILLIAM GARDNER,

    Defendant.

## CRIMES CHARGED

PRACTICING DENTISTRY WITHOUT A LICENSE (2807)

## GRAND JURY INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1: PRACTICING DENTISTRY WITHOUT A LICENSE (2807)

That on or about the 25th day of July, 2022, in Bernalillo County, State of New Mexico, the above-named defendant practiced or attempted to practice dentistry without first complying with the provisions of the Dental Health Care Act and/or without being the holder of a license entitling the practitioner to practice dentistry in New Mexico, a fourth degree felony, contrary to §61-05A-18(A) (2003).

The names of the witnesses upon whose testimony this Indictment is based are as follows:

    OSI Alex Montoya

I hereby certify that the foregoing Indictment is a ___True___ Bill.

                                                    Foreman
                                                    Date: 10/21/22

APPROVED:

State vs. WILLIAM GARDNER,
GRAND JURY INDICTMENT                                                                 Page No. 2

RUSSELL TOAL
SUPERINTENDENT OF INSURANCE

By: _____
Michael Fricke
Special Prosecutor
6200 Uptown Boulevard NE Ste. 130,
Albuquerque, NM 87110
Michael.Fricke2@state.nm.us
(505) 819-7250

State vs. WILLIAM GARDNER,
GRAND JURY INDICTMENT

Page No. 3

## CASE INFORMATION

IFB: IFB22-0098
DA FILE#:  N/A
MET.CT.#:  N/A
LEA/RPT#:  OSI/#2023-0012-08
PROSECUTOR: Michael Fricke
           Special Prosecutor
           6200 Uptown Boulevard NE Ste. 130,
           Albuquerque, NM 87110
           Michael.Fricke2@state.nm.us
           (505) 819-7250
DOB:  12/09/1969
SS#:   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
ADD: 5533 Via Conejo NE, Albuquerque, NM 87111 / 8200 Carmel Avenue NE, Ste. 101, Albuquerque, NM 87112

BOOKING/ARREST DATE: N/A
BOOKING/ARREST#:  N/A
STN:  N/A
DEF.ATTY: Patrick Martinez, 1012 Lomas Blvd NW, Albuquerque, NM 87102, PJMlawfirm@gmail.com


PHYSICAL DESCRIPTION OF DEFENDANT:
Height: 6'4"
Weight: 185 lbs
Race: Brown
Eye Color: Brown
Hair Color: Black
Other: N/A


leb

State vs. WILLIAM GARDNER,
GRAND JURY INDICTMENT

Page No. 4

# PENALTIES

**Count 1: Practicing Dentistry Without a License (2807): 4th Degree Felony:** Basic sentence of 18 months imprisonment and not more than $5,000 fine.

---

4th Degree Felony: Basic sentence of 18 months imprisonment and not more than $5,000 fine.
3rd Degree Felony: Basic sentence of 3 years imprisonment and not more than $5,000 fine.
2nd Degree Felony: Basic sentence of 9 years imprisonment and not more than $10,000 fine.
1st Degree Felony: Basic sentence of 18 years imprisonment and not more than $15,000 fine.
USE OF FIREARM ALTERATION TO BASIC SENTENCE (FE): Basic sentence of imprisonment increased by 1 year for first offense in which a firearm is used and 3 years for subsequent offenses in which a firearm is used.
USE OF HATE CRIME ENHANCEMENT: Basic sentence of imprisonment is increased by one (1) year, unless second offense, then the basic sentence is increased by two (2) years.
Misdemeanor: Less than 1 year in the County Jail and/or not more than $1,000 fine.
Petty Misdemeanor: Not more than 6 months in the County Jail and/or not more than $500 fine.

---

Penalty for Driving While Under the Influence, Felony Offense:(4th or Subsequent Offense): Basic sentence of 18 months and not more than $5,000 fine, including a mandatory jail term of not less than 6 months.
Penalty for Driving While Under the Influence - Misdemeanor: If 1st Offense, basic sentence is maximum 90 days jail and $500 fine, and if aggravated an additional 48 hours jail time; if 2nd Offense, basic sentence is mandatory 72 hours in jail and $500 fine to maximum of 364 days and $1,000 fine, and if aggravated an additional 96 hours jail time; if 3rd Offense, basic sentence is a mandatory 30 days in jail and $750 fine to maximum of 364 days and $1,000 fine, and if aggravated an additional mandatory 60 days jail time.
Penalty for Driving While License Suspended or Revoked: Traffic Code Misdemeanor, Special Penalty: not less than 4 days nor more than 364 days and fine up to $1,000 (non-DWI related suspension/revocation); or not less than 7 consecutive days imprisonment and mandatory fine not less than $300 nor more than $1,000 (DWI revocation).
Penalty for Reckless Driving: Upon first conviction, basic sentence of 5 days to 90 days imprisonment, and/or $25 to $100 fine. Upon a second or subsequent conviction, basic sentence of 10 days to 6 months imprisonment, and/or $50 to $1,000 fine.
Penalty for Traffic Code Misdemeanor: fine of not more than $300 or imprisonment for not more than 90 days or both.
Penalty Assessment Misdemeanor: See Schedule in Traffic Code, Section 66-8-116.

---

1st Degree Felony for Child Abuse (Intentionally Caused) (Resulting in Death) (Child Under 12): Life imprisonment.
2nd Degree Felony Resulting in the Death of a Human Being: Basic sentence of 15 years but not less than 10 years nor more than 20 years imprisonment and not more than $12,500 fine.
3rd Degree Felony Resulting in the Death of a Human Being: Basic sentence of 6 years but not less than 4 years nor more than 8 years imprisonment and not more than $15,000 fine.
2nd Degree Felony, Sexual Offense Against A Child: Basic sentence of 15 years imprisonment and not more than $12,500 fine.
3rd Degree Felony, Sexual Offense Against A Child: Basic sentence of 6 years imprisonment and not more than $5,000 fine.

---

**OPEN CHARGE OF MURDER**
Penalty for FIRST DEGREE MURDER (Willful and Deliberate) or (Depraved Mind)
    CAPITAL FELONY: Life Imprisonment
    SECOND DEGREE MURDER: Basic sentence of 15 years imprisonment and not more than $12,500 fine.
    VOLUNTARY MANSLAUGHTER: Basic sentence of 6 years imprisonment and not more than $15,000 fine.
    INVOLUNTARY MANSLAUGHTER: 4th Degree Felony: Basic sentence of 18 months imprisonment and not more than $5,000 fine.
Penalty for FIRST DEGREE MURDER (Felony Murder):
    CAPITAL FELONY: Life Imprisonment