# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.             No. 22-cv-00830-JB/JFR

WILLIAM C. GARDNER, DDS,

      Defendant.


DEPOSITION OF WILLIAM GARDNER
Volume 1
October 13, 2023
9:19 a.m.
201 3rd Street, Northwest, Suite 900
Albuquerque, New Mexico


PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:


TAKEN BY:  MR. BENJAMIN G. MINEGAR
     Attorney For Plaintiff


REPORTED BY: Peggy Jo Gonzales, RMR, CCR #145
     Bean & Associates, Inc.
     Professional Court Reporting Service
     201 Third Street, Northwest, Suite 1630
     Albuquerque, New Mexico  87102


(8692N-PJ)

2

A P P E A R A N C E S

For the Plaintiff:
MR. BENJAMIN G. MINEGAR
US ATTORNEY
Assistant U.S. Attorney
District of New Mexico
201 Third Street, Northwest, Suite 900
Albuquerque, New Mexico  87102
benjamin.minegar@usdoj.gov  505.224.1469

For the Defendant:
MR. GARY W. BOYLE
BOYLE LAW OFFICE
15 Spirit Court
Santa Fe, New Mexico  87505
gary.boyle.boylelawoffice@gmail.com
505. 989.5057

Also Present:

Ms. Julie Chappell, CFE

I N D E X
PAGE
EXAMINATION OF WILLIAM GARDNER
By Mr. Minegar                                        4
CERTIFICATE OF COMPLETION OF DEPOSITION       50
WITNESS SIGNATURE/CORRECTION PAGE            52

3

EXHIBITS MARKED OR FORMALLY IDENTIFIED

1   Defendant's Responses to Plaintiff's First   14
    Requests for Admission Interrogatories,
    and Requests for Production to Defendant

2   License, NM Board of Dental Health Care      21

3   Practitioner's Controlled Substance          28
    Registration Renewal Application

4   Controlled Substance Registration            31
    Certificate

REPORTER'S NOTE
Quotation marks are used for clarity and do not
necessarily reflect a direct quote.

4

WILLIAM GARDNER,
after having been first duly sworn under oath,
was questioned and testified as follows:
EXAMINATION
BY MR. MINEGAR:
    Q.  Good morning, Dr. Gardner.  I'm Assistant
U.S. Attorney, Ben Minegar; I represent the United
States in this case.
        Can you please state and spell your name
for the record.
    **A.  William Gardner, W-I-L-L-I-A-M, Gardner
G-A-R-D-N-E-R.**
    Q.  And have you ever had your deposition taken
before?
    **A.  Yes.**
    Q.  How many times?
    **A.  I don't know.**
    Q.  Can you estimate?
    **A.  No.**
    Q.  No estimate?
    **A.  No estimate.**
    Q.  Okay.
        What types of cases were they?
    **A.  I don't remember.**
    Q.  Have you ever testified in court?

5

    **A.  Yes.**
    Q.  How many times have you testified in court?
    **A.  Testified on my own behalf, I guess.  I
don't know.  Can't recall.**
    Q.  Five?
    **A.  I don't know.**
    Q.  Okay.
        Any information about what kinds of cases
those were?
    **A.  No.**
    Q.  Okay, so just a few ground rules.  It
sounds like you've been deposed before.  But this is
a question and answer session; it's a little bit more
formal.  I'll be asking you questions and your
obligation is to provide complete and truthful
answers under oath.  If you don't understand the
question, can you please let me know.
    **A.  Yes.**
    Q.  And if you answer, we'll assume that you
understood the question.  Is that -- is that fair?
    **A.  Um-hum.  Yes.**
    Q.  The court reporter is typing everything we
say, so please try to answer verbally with yes or no.
An example of that, try to avoid things like "um-hum"
or nodding your head yes or no, just so that the

6

1 court reporter can -- can get everything on the
2 transcript.
3          And let's also work together to not talk
4 over each other so that -- again, so that the court
5 reporter can type everything down that we're getting
6 at.
7          If you need a break at any time, just let
8 me know.  The only limitation on that is if I've
9 asked you a question, please answer that question
10 first and then we can take a break.  Do you
11 understand?
12     A.  Yes.
13     Q.  And from time to time, or a lot in this
14 case, your attorney might object.  Unless your
15 attorney specifically instructs you not to answer the
16 question, you'll still be obligated to provide an
17 answer.  Does that make sense?
18     A.  Yes.
19     Q.  Have you taken any medications recently
20 that would affect your ability to testify accurately
21 or truthfully today?
22     A.  I've taken medications, but I don't know if
23 that affects my accuracy.
24     Q.  You've taken medications recently?
25     A.  Um-hum.

8

1 a discussion with counsel, we'll object on the basis
2 of attorney-client privilege.  If there's anything
3 else you did, you can -- I think you can probably
4 answer that.
5     A.  I didn't do anything.
6     Q.  (By Mr. Minegar) Did you meet with your
7 lawyer?
8     A.  No, I have not.
9     Q.  Did you have any phone discussions with
10 your attorney?
11     A.  Phone con- -- no, I didn't.
12     Q.  Did you review any documents?
13     A.  No.
14     Q.  Did you bring any documents with you today?
15     A.  No.
16     Q.  Okay, let's move on to some general
17 background information.  What is your date of birth?
18     A.  12/9/69.
19     Q.  And how old does that make you?
20     A.  53-ish.
21     Q.  And where were you born?
22     A.  I was born in Silver City, New Mexico.
23     Q.  And where is your current residence?
24     A.  Where?  In Albuquerque.
25     Q.  Albuquerque.

7

1     Q.  How recently?
2     A.  This morning.
3     Q.  What kind of medications are they?
4     A.  They're for my back through the police
5 brutality that I went through, so...
6     Q.  What?  I'm sorry?
7     A.  My back.  I don't know the name of it.
8 It's called -- there's different variations of,
9 so...  It's basically a pain medication and a muscle
10 relaxer.
11     Q.  And those pain medications or muscle
12 relaxers, will those affect your ability to testify
13 truthfully today?
14     A.  I don't know if they will or not.
15     Q.  You don't know if they will or not?
16     A.  I don't.
17     Q.  So can you explain that?  Are they -- are
18 they affecting your cognitive state in any way?
19     A.  They could, I mean, because they're pain
20 medication.
21     Q.  Okay, what did you do to prepare for your
22 deposition today?
23          THE WITNESS:  Is this where I take the
24 Fifth?
25          MR. BOYLE:  Well, to the extent it requests

9

1          Do you have any family?
2     A.  Yes.
3     Q.  Significant other?
4     A.  Yes.
5     Q.  A wife?
6     A.  Um-hum.
7     Q.  And what's --
8     A.  Yes.
9     Q.  What's your wife's name?
10     A.  I'm not going to tell you my wife's name.
11     Q.  You have to tell me your wife's name.
12     A.  I won't.  I won't have anything -- my wife
13 involved in any of this.
14     Q.  She's not involved.
15     A.  Well, you're asking her name.
16          MR. MINEGAR:  Are you instructing him not
17 to answer the question?
18          MR. BOYLE:  I don't think it's relevant or
19 even close to being relevant.  So if he says he's
20 not going to answer, that's what he's going to do.
21     Q.  Any children?
22     A.  Yes.
23     Q.  How many children do you have?
24     A.  Two.
25     Q.  And what's your educational background?

10

1   A.  I have a doctorate.  I have a D.D.S.
2   Q.  Is your wife's name Katherine?
3   A.  I don't know.
4   Q.  You don't know your wife's name?
5   A.  That's right.
6   Q.  Okay.
7   A.  I'm not going to say my wife's name.
8   Q.  What -- where did you go to high school?
9   A.  I went to Silver High in Silver City.
10  Q.  In Silver City.
11      And where did you go to college?
12  A.  University of New Mexico.
13  Q.  And you said you have a D.D.S.?
14  A.  Yes.
15  Q.  And that's a doctor of dental surgery?
16  A.  Um-hum.
17  Q.  And where did you get your D.D.S.?
18  A.  University of Colorado.
19  Q.  Any military service?
20  A.  No.
21  Q.  What -- what has been your employment
22  history since you obtained your D.D.S.?
23  A.  My employment history has been
24  self-employed.
25  Q.  Have you been convicted of any crimes?

11

1   A.  No.
2   Q.  Are you currently being prosecuted for any
3   crimes?
4       THE WITNESS:  Take the Fifth, right?
5       MR. BOYLE:  You can answer yes to the
6   fundamental question, are you being prosecuted?
7   A.  Yes.
8   Q.  (By Mr. Minegar) And without getting into
9   any explicit details, what's the nature of that?
10      MR. BOYLE:  Take the Fifth.
11  A.  I take the Fifth.
12  Q.  Is it prosecution for practicing dentistry
13  without a license?
14  A.  Take the Fifth.
15  Q.  Moving back to your practice, did you start
16  your own practice here in Albuquerque at any point?
17  A.  Yes.
18  Q.  When?
19  A.  1998-ish.
20  Q.  And so what -- what year did you get your
21  D.D.S.?
22  A.  1996.
23  Q.  1996, okay.
24      So what did you do from 1996 to 1998?
25  A.  I worked for another dentist for a couple

12

1   of years.
2   Q.  Okay, here in Albuquerque?
3   A.  Um-hum.
4   Q.  Okay.
5       And then you started your own practice in
6   1998?
7   A.  Yes.
8   Q.  What was the name of that practice?
9   A.  Who?  What practice?  What are you talking
10  about?
11  Q.  Your practice here in Albuquerque.
12  A.  It's -- it's my name, and I've had some
13  d/b/a's, also.
14  Q.  Is it William C. Gardner, D.D.S., PA --
15  A.  Um-hum.
16  Q.  -- that's the name of your practice?
17  A.  Trade -- and trademark.
18  Q.  Can you just describe generally for me your
19  practice there.
20      MR. BOYLE:  You should take the Fifth.
21  A.  Fifth.
22  Q.  Do you own William C. Gardner D.D.S., PA?
23  A.  Fifth.
24  Q.  Is the address -- can you tell me the
25  address of the practice?

13

1   A.  You have it there.
2   Q.  I just wanted to -- rather than read it off
3   to you, but I can do that.  Is it 200 Carmel Avenue,
4   Northeast, Suite 101, Albuquerque, New Mexico 87122?
5   A.  No.
6   Q.  Can you tell me what the address is?
7       MR. BOYLE:  You can answer.
8   A.  8200 Carmel Avenue.
9   Q.  8200?
10  A.  (Witness nods head.)
11  Q.  Got it.
12      And is the phone number (505)828-2669?
13      MR. BOYLE:  You can answer.
14  A.  Yes.
15  Q.  And so you started this practice in 1998,
16  you said?
17  A.  Right around there.
18  Q.  Okay.
19      Is it still around, the professional
20  association?
21      MR. BOYLE:  Do the Fifth.
22  A.  The Fifth.
23  Q.  Did you have employees in your practice?
24  A.  Did I have employees?
25      MR. BOYLE:  You can answer that one.

14

1    A.  Yup.
2    Q.  How many employees did you have?
3    A.  It ranged.
4    Q.  It was different from time to time?
5    A.  Yes.
6    Q.  Okay.
7       In 2020 to 2021, how many employees did you
8  have?
9    A.  I don't recall.
10   Q.  Was it -- was it one?
11   A.  I'll take the Fifth.
12   Q.  Okay.
13      (Exhibit 1 marked.)
14   Q.  (By Mr. Minegar) Okay, I'm going to show
15  you a document.  This is what we'll as mark as U.S.A.
16  Exhibit 1.  It is the July 17, 2023, answers to our
17  written discovery in this case.
18      Have you seen this document before?
19   A.  I don't -- maybe.  It's been a while.
20   Q.  Is that a yes?  You can take -- yeah, take
21  as much time as you need to --
22   A.  No, I don't really recall this document.
23   Q.  You've never seen this document before?
24   A.  I don't think so.
25   Q.  Can you turn with me to page -- the last

15

1  page.  Is that your attorney there, Gary Boyle?
2    A.  Yeah.
3    Q.  Is that his signature?
4    A.  That's him.  I don't know if that's his
5  signature or not.
6    Q.  Did you review this document before it was
7  submitted to the United States?
8    A.  I don't recall.  A lot of it is just
9  declining to answer, so...  The Fifth Amendment.
10   Q.  And if you'd flip over to the very last
11  page.  There's a verification page.  Do you see that?
12   A.  Yeah.
13   Q.  Yeah, flip it one more time.  There you go.
14      Why is the verification page blank?
15   A.  I don't know.
16   Q.  Did your --
17   A.  You tell me.
18   Q.  -- attorney -- I'm sorry?
19   A.  You tell me.
20   Q.  Did your attorney send this to you to sign
21  before it was submitted in discovery in this case?
22   A.  I don't recall.
23   Q.  Okay.
24      Look at interrogatory response number 5.
25  It is on the third page.  And it says -- the question

16

1  is, "Identify, by their full name, address, telephone
2  number, and email address, all persons, excluding
3  you, who worked at your dental practice in New Mexico
4  between July 2020 and February 2021."
5       And your response is "Defendant does not
6  recall the identity of the persons that worked at his
7  dental practice during the relevant period."  Since
8  the interrogatories were not verified, I just want to
9  confirm that's what your answer is to that question,
10  interrogatory 5.
11   A.  I did not answer that.
12   Q.  So your attorney wrote that without you
13  approving it?
14   A.  I don't know.  I don't know what my
15  attorney did.
16   Q.  So read number 5 again.  What's the answer
17  to that question?
18   A.  I take the Fifth on the answer.
19      MR. BOYLE:  You can go ahead and answer
20  that one.
21      THE WITNESS:  I can answer it?
22      MR. BOYLE:  Um-hum.
23   A.  Yes, I don't recall.  That's the answer.
24   Q.  (By Mr. Minegar) Okay.
25      What is New Mexico Center for Cosmetic &

17

1  Family Dentistry?
2    A.  It's a -- it's a trade name, I guess.
3    Q.  A trade name for what?
4    A.  For my office.
5    Q.  Is it different from William C. Gardner,
6  D.D.S., PA?
7    A.  Yes.
8    Q.  How is it different?
9    A.  It's a different name, straight name.
10   Q.  And is the address 201 Wyoming Boulevard,
11  Northeast, Albuquerque, New Mexico 87123?
12   A.  No.
13   Q.  What -- what was the address of that?
14   A.  I don't know the address of that.  It's
15  probably the same as my 8200, but...
16   Q.  And were you the owner of that facility, as
17  well?
18   A.  Facility?
19   Q.  Were you the owner of that business?
20   A.  There's no facility.  I am the owner of the
21  name, yeah.
22   Q.  And what is the status of that entity now?
23      MR. BOYLE:  You can take the Fifth on that.
24   A.  Fifth.
25   Q.  And when did you start that entity?

18

1    A.  The Fifth.
2    Q.  Is it still around?
3    A.  The Fifth.
4    Q.  So you said it's a trade name.  How is it
5  different from your -- your other practice, William
6  C. Gardner, D.D.S., PA?  Why did you have two -- two
7  different names?
8        MR. BOYLE:  You've got at least three
9  questions there, but I think they're all subject to
10  the Fifth.
11    A.  Okay, yes, the Fifth on all three
12  questions.
13    Q.  Okay, I'd like to talk about your billing
14  practices.  Who billed for your services in your
15  practice?
16    A.  Fifth.
17    Q.  Was it a function that was managed within
18  your practice?
19    A.  Fifth.
20    Q.  Was it outsourced?
21    A.  Fifth.
22    Q.  Do you know if it was an individual
23  handling billing --
24    A.  Fifth.
25    Q.  -- through your office?

19

1    A.  Fifth.  Sorry, I talked over you.
2    Q.  That's okay.
3        Was it an entity that handled billing for
4  your office?
5    A.  Fifth.
6    Q.  Do you recall who in your practice billed
7  federal health care programs?
8    A.  Federal health care program?
9    Q.  For instance, Medicare.
10    A.  There's nothing --
11        MR. BOYLE:  Fifth.
12    A.  Fifth.
13    Q.  Are you aware of what a national provider
14  identifier number is?
15    A.  National identifier provider --
16    Q.  NPI.
17    A.  Yeah.
18    Q.  Just explain your general understanding of
19  that.
20    A.  I'll take the Fifth on it.
21    Q.  Was your NPI number 1003905043?
22    A.  I don't know.
23    Q.  Was it 1154767259?
24    A.  I don't know.
25    Q.  Okay, now I'd like to talk about your

20

1  dental license.  At any point since 1996 -- you said
2  is when you said you got your D.D.S.?  1996?
3    A.  Yes.
4    Q.  At any point since then, did you have a
5  license to practice dentistry issued by the
6  New Mexico Dental Board of Health Care?
7    A.  Yes.
8    Q.  When was it issued?
9    A.  I don't know.
10    Q.  Does June of 1996 sound correct?
11    A.  Could be.
12    Q.  But 1996, in all likelihood?
13    A.  Yes.
14    Q.  Okay.
15        Do you recall what your New Mexico license
16  is?
17        MR. BOYLE:  Object, vague.  What the
18  license is?
19    Q.  I'm sorry, what your license number is.  I
20  apologize.
21        MR. BOYLE:  If you know.
22    A.  It's DD1867, I think.
23    Q.  And what was -- this is a long time ago,
24  but looking back to 1996, do you recall what the
25  process was to obtain your license in New Mexico?

21

1    A.  No.
2    Q.  Does the license have an expiration date?
3        MR. BOYLE:  Fifth.
4    A.  Fifth.
5    Q.  Do you have to apply to renew a dental
6  license every few years or...?
7    A.  Fifth.
8    Q.  Why did you obtain a dental license in
9  New Mexico?
10    A.  Why?  Fifth.
11    Q.  Is it because it was required by law to
12  practice dentistry in New Mexico?
13    A.  Fifth.
14    Q.  It's unlawful to practice dentistry without
15  a license?
16        MR. BOYLE:  Objection.  Calls for a legal
17  conclusion.
18    A.  Fifth.
19    Q.  Just from your understanding, not -- not a
20  legal --
21    A.  No, just Fifth.
22    Q.  -- understanding.
23        Understood.
24        (Exhibit 2 marked.)
25    Q.  (By Mr. Minegar) Okay, I'm going to show

22

1  you what we'll mark as Exhibit 2, U.S.A. Exhibit 2.
2      (A discussion was held off the record.)
3      Q.  (By Mr. Minegar) So this is U.S.A.
4  Exhibit 2.  And it is Bates numbered USA00001.  Have
5  you seen this document before?
6      **A.  I don't have my glasses on, but, yeah, I've**
7  **seen -- this is -- no, I haven't.  I mean, it's a**
8  **Xerox copy of something.**
9      Q.  Fair enough.  Fair enough.
10     Is this a Xerox copy of your New Mexico
11  dental license?
12     **A.  One of them, yes.**
13     Q.  Okay.
14     **A.  It's the old one.**
15     Q.  And this is dated June 12th of 1996, the
16  date of issuance?
17     **A.  I assume so.  I can't -- yeah, something**
18  **like that.**
19     Q.  It is very small.
20     **A.  Yeah.**
21     Q.  And just to confirm, your dental license
22  number was DD1867?
23     **A.  That's what it says.**
24     Q.  And you said -- you said it was an old one.
25  What did you mean by that?

23

1      **A.  It's an old license.**
2      Q.  Meaning it's expired or --
3      **A.  Yeah.**
4      Q.  Okay.
5      Did you apply for a new one after --
6  because I do see that it says June 30, 2020.
7      **A.  Fifth.**
8      Q.  Okay.
9      And it also says that the -- let's see if I
10  can find it.  Do you see where it says "General
11  Dentistry"?  "Having complied with the provisions of
12  the New Mexico Board of Dental Health Care Act, is
13  hereby granted a license to practice as a dentist:
14  General Dentistry."  You see where it says that?  And
15  it's very small, so I apologize.
16     **A.  Okay.**
17     Q.  What does -- what does "general dentistry"
18  mean?
19     MR. BOYLE:  Take the Fifth.
20     **A.  Fifth.**
21     Q.  Did you apply for a license to practice
22  general dentistry specifically?
23     MR. BOYLE:  Fifth.
24     **A.  Fifth.**
25     Q.  Are there any -- are there any other

24

1  options that a dentist in New Mexico could apply for
2  other than general dentistry?  And I'm not trying to
3  get into any Fifth Amendment stuff here.  I'm just
4  looking for general information about --
5      **A.  I don't know.**
6      Q.  Okay.
7      So you don't recall if you specifically
8  applied for a general dentistry license?
9      **A.  You're asking me if I recall --**
10     MR. BOYLE:  I believe he took the Fifth on
11  that question.
12     MR. MINEGAR:  Okay.
13     Q.  (By Mr. Minegar) And do you also see at the
14  bottom, in all caps, it says, "This license must be
15  conspicuously posted in place of business"?
16     **A.  Yeah.**
17     Q.  Did you follow that directive?
18     MR. BOYLE:  Fifth.
19     **A.  Fifth.**
20     Q.  Okay, and where in your office was this
21  displayed, if you did?
22     MR. BOYLE:  Fifth.
23     **A.  Fifth.**
24     Q.  Okay.
25     So I would like to talk now about

25

1  prescriptions and registration.  As part of your
2  general dentistry practice, did you ever prescribe
3  patients medications?
4      MR. BOYLE:  Fifth.
5      **A.  Fifth.**
6      Q.  What kind of medications did you prescribe?
7      **A.  Fifth.**
8      Q.  Do you know what a controlled substance is?
9      **A.  Yes.**
10     Q.  What is a controlled substance?
11     **A.  It's something that's controlled by the**
12  **government.  It's medications that are controlled by**
13  **the government.**
14     Q.  And are you familiar with the schedules
15  behind a controlled substance?
16     MR. BOYLE:  Fifth.
17     **A.  Fifth.**
18     Q.  As part of your general dentistry practice,
19  did you ever prescribe your patients controlled
20  substances?
21     MR. BOYLE:  Fifth.
22     **A.  Fifth.**
23     Q.  Did your New Mexico dental license allow
24  you to prescribe controlled substances to patients?
25     MR. BOYLE:  Fifth.

26

1    A.  Fifth.
2    Q.  Just as a general matter, you said
3  controlled substances are regulated by the
4  government.  Do you know why?  Just based on your
5  general understanding.
6        MR. BOYLE:  I'd take Fifth on that one.
7    A.  Fifth.
8    Q.  Do you agree that controlled substances are
9  potentially more dangerous than other types of
10  medications?
11        MR. BOYLE:  Fifth.
12    A.  Fifth.
13    Q.  Are they more addictive, potentially?
14        MR. BOYLE:  Fifth.
15    A.  Fifth.
16    Q.  Is there a greater risk for abuse of
17  controlled substances?
18        MR. BOYLE:  Fifth.
19    A.  Fifth.
20    Q.  Or overdose risks?
21        MR. BOYLE:  Fifth.
22    A.  Fifth.
23    Q.  Is it important for the government to
24  regulate substances that are potentially more
25  dangerous?

27

1    A.  Fifth.
2    Q.  Is it important to ensure that only
3  licensed practitioners are prescribing controlled
4  substances to patients?
5    A.  Fifth.
6    Q.  Could there potentially be harmful results
7  otherwise?
8    A.  Fifth.
9    Q.  So is the authority to prescribe controlled
10  substances to patients a serious responsibility?
11    A.  Fifth.
12    Q.  In your understanding, what do you need,
13  legally speaking, to prescribe controlled substances
14  in your New Mexico dental practice?
15        MR. BOYLE:  I'll object that it calls for a
16  legal conclusion.
17    A.  Fifth.
18    Q.  Without asking for any type of legal
19  conclusion, just based on your understanding of sort
20  of the licensing and registration process, what --
21  what do you recall needing to get the authority to
22  prescribe controlled substances to your patients?
23        MR. BOYLE:  Fifth.
24    A.  Fifth.
25    Q.  Did you register with the New Mexico

28

1  Pharmacy Board to prescribe controlled substances to
2  patients?
3        MR. BOYLE:  Fifth.
4    A.  Fifth.
5    Q.  Okay.
6        (Exhibit 3 marked.)
7    Q.  (By Mr. Minegar) I'm going to show you
8  another document.  And we will mark this one U.S.A.
9  Exhibit 3.  And please take a moment to review it.
10  Again, small font, so I apologize.  Take as much time
11  as you need.
12    A.  I can't read it because it's really small,
13  without my glasses.
14    Q.  Did you understand that you would
15  potentially be called upon to read documents today?
16    A.  No.
17    Q.  Okay.
18        Is there a reason why you left your glasses
19  at home?
20    A.  I didn't leave them at home, but there's a
21  reason for it.  Didn't even think about it.
22    Q.  Where are they?
23    A.  They're at my office.
24    Q.  So are you able to read this document?
25    A.  No, I cannot.  It's too small.  I can read

29

1  some of the words, like the top, "New Mexico
2  Regulation and Licensing Department" and the "Board
3  of Pharmacy," but all the other stuff is very blurry.
4    Q.  So have you seen this document before?
5    A.  I don't recall that document, but, yeah,
6  it's probably -- it's an old document.
7    Q.  Do you see, at the top -- it's in bigger
8  font -- where it says "Practitioners Controlled
9  Substance Registration Renewal Application"?
10    A.  I could barely read it.  It's kind of
11  blurry on that.
12    Q.  Okay, and it was submitted to the
13  New Mexico Regulation and Licensing Department of the
14  Board of Pharmacy?
15    A.  Okay.
16    Q.  Is that a yes?
17    A.  I don't -- what are you asking me?  Was
18  that a question?
19    Q.  Yes.  Do you see at the top where it says
20  "New Mexico" -- I think you've already answered the
21  question.
22        Just returning to your glasses, you -- you
23  said you left them behind in your office, and that
24  there was -- what was -- what was the reason why you
25  left them behind?

---

30

1      A.   I don't have a reason.
2      Q.   Did you forget?
3      A.   I didn't think about it.
4      Q.   Do you usually bring your reading glasses
5    with you to court proceedings?
6      A.   No.
7      Q.   No?  Why is that?
8      A.   There's no court proceedings.
9      Q.   There's no court proceedings?
10     A.   (Witness nods head.)
11     Q.   A deposition is not part of a court
12   proceeding?
13     A.   (No audible response.)
14     Q.   To your understanding.
15     A.   I didn't know -- I was going to take the
16   Fifth on everything, so...
17     Q.   Okay.
18         Do you see, at the bottom of U.S.A.
19   Exhibit 2, there are three lines for signatures?  If
20   you hold it closer to your face, will that help?
21     A.   No, that's not -- that's not Exhibit 2.
22     Q.   Exhibit 3, I'm sorry.
23         MR. BOYLE:  Exhibit 3 is what he was trying
24   to get to.
25         THE WITNESS:  Okay.

---

31

1      A.   There's three signatures, yeah.
2      Q.   Is that your signature?
3      A.   It's hard to tell.  I can't -- it probably
4    is, but I can't really --
5      Q.   It probably is?
6      A.   Yeah.
7      Q.   Does it look like it's your signature?
8      A.   From what I can see, yes, it does.
9      Q.   Okay.
10         So did you submit this application for
11   renewal of your New Mexico Controlled Substance
12   Registration?
13         MR. BOYLE:  Fifth.
14     A.   Fifth.
15     Q.   Okay.
16         Did you also have to register with the Drug
17   Enforcement -- Federal Drug Enforcement agency in
18   order to prescribe controlled substances to patients?
19         MR. BOYLE:  Fifth.
20     A.   Fifth.
21     Q.   Do you recall ever doing so?
22     A.   Fifth.
23         (Exhibit 4 marked.)
24     Q.   (By Mr. Minegar) Okay, I'm going to show
25   you another document.  And we'll mark this one U.S.A.

---

32

1    Exhibit 4, and it's Bates numbered USA000037.  It's a
2    DEA Controlled Substance Registration Certificate.
3          Have you seen this document before?
4      A.   It's hard to read.  It's even smaller than
5    the other one.  But, no, I haven't seen that one.
6      Q.   You've never seen this document before?
7      A.   No.
8      Q.   Are you familiar with what a DEA Controlled
9    Substance Registration Certificate is in your
10   practice as a dentist?
11     A.   Yes.
12     Q.   What is it?
13     A.   It's just what you said, it's a DEA license
14   certificate.
15     Q.   So you have to apply with the DEA in order
16   to get authority to prescribe controlled substances
17   to your patients?
18     A.   Fifth.
19     Q.   Okay.
20         Do you see, there are two instances, two
21   boxes that say "Gardner, William, General; William C.
22   Gardner, D.D.S., PA."  Just to confirm, that's --
23   that's your practice, correct, on the document?
24         MR. BOYLE:  I'll object to the form.  You
25   can answer it if you can.

---

33

1      Q.   It's a bad question.  My question is --
2          MR. BOYLE:  If you're asking him what it
3    says on the form, do we really need to go through
4    that?
5          MR. MINEGAR:  No, sure.
6      Q.   (By Mr. Minegar) Is it -- is it fair to say
7    this is your DEA registration certificate?
8      A.   It's -- it's an old one.
9      Q.   But it is your DEA Controlled Substance
10   Registration?
11     A.   It could be.  It's hard to say.  I can't
12   really read everything on there.  I'm trying to kind
13   of (inaudible) my eyes through it, but...  It's --
14   it's -- it's a Xerox copy of something you guys put
15   in front of me.  It's not the original.  It's hard to
16   say because they've changed their format many times,
17   and it's all online based now.  So that's -- as I
18   understand, it could be, but it's hard to say,
19   because this is a Xerox copy.
20     Q.   From your practice, is this what Controlled
21   Substance Registration Certificates look like,
22   recognizing that this is a Xerox copy of it?
23         MR. BOYLE:  If you can answer it, you can
24   answer it.
25     Q.   I'm just trying to --

---

34

1    **A.   No, I don't recall that, because it doesn't**
2   **look like it, really.  It doesn't -- there's -- what**
3   **I remember is a totally different look to them.**
4   **They're bigger, different color.  There's something**
5   **different about them.  So it's hard to say that's,**
6   **you know, correct.  I mean, you're saying it's**
7   **correct, so that's what you said, but that's not what**
8   **I said.**
9      Q.   Have you seen the document before --
10     **A.   No.**
11     Q.   -- is my question?  Okay.
12         Is your DEA registration number, to your
13   recollection, BG9826427?
14         MR. BOYLE:  If you know, you can answer.
15     **A.   Yes.**
16     Q.   Okay, thank you.
17         And why did you register with the DEA?
18         MR. BOYLE:  Fifth.
19     **A.   Fifth.**
20     Q.   Is it because you understood that you
21   couldn't legally prescribe controlled substances to
22   your patients without DEA approval?
23         MR. BOYLE:  Fifth.
24     **A.   Fifth.**
25     Q.   Okay, I'd like to talk about the process

35

1   that you used in your business to prescribe
2   medications to your patients.  So, for example,
3   patient presents to you with an issue that you think
4   requires medication.  Is there a specific -- and you
5   make the determination that a prescription is
6   required.  Is there a specific form that you would
7   use to write that patient a prescription?
8         MR. BOYLE:  Fifth.
9     **A.   Fifth.**
10     Q.   Would that form, you know, have a
11   letterhead with your business name on it?
12     **A.   Fifth.**
13     Q.   And in order to prescribe any types of
14   medications to your patients, did you physically sign
15   a form indicating which prescriptions were being
16   prescribed?
17         MR. BOYLE:  Fifth.
18     **A.   Fifth.**
19     Q.   And focusing on the 2020 to '21 time frame,
20   did anyone working with you in your practice assist
21   you in the process of writing prescriptions for your
22   patients?
23         MR. BOYLE:  Fifth.
24     **A.   Fifth.**
25     Q.   As the practice owner with a D.D.S., a

36

1   New Mexico license, and New Mexico registration, DEA
2   registrations, were you the final one in your
3   practice -- or did you have final authority in your
4   practice in writing prescriptions?
5         MR. BOYLE:  Fifth.
6     **A.   Fifth.**
7     Q.   Could members of your staff write
8   prescriptions for patients?
9         MR. BOYLE:  Fifth.
10     **A.   Fifth.**
11     Q.   And when I say "members of your staff,"
12   could members of your staff, without a license or
13   registration, prescribe medications to patients?
14         MR. BOYLE:  Fifth.
15     **A.   Fifth.**
16     Q.   Were you the final decision maker when it
17   came to prescribing medications to your patients?
18         MR. BOYLE:  Fifth.
19     **A.   Fifth.**
20     Q.   When you wrote prescriptions for
21   medications for your patients, did you do so
22   intending that your patients would get those
23   prescriptions filled?
24         MR. BOYLE:  Fifth.
25     **A.   Fifth.**

37

1     Q.   When you wrote prescriptions, did you do so
2   knowing that your patient would probably go to a
3   pharmacy to get the prescription filled?
4         MR. BOYLE:  Fifth.
5     **A.   Fifth.**
6     Q.   And let me just ask generally, why do you
7   prescribe medications to your patients --
8     **A.   Fifth.**
9         MR. BOYLE:  Fifth.
10     Q.   Just generally --
11     **A.   Fifth.**
12     Q.   What is the status of your New Mexico
13   dental license today?
14         MR. BOYLE:  Fifth.
15     **A.   Fifth.**
16     Q.   Has the New Mexico Board of Dental Health
17   Care ever taken disciplinary action against you?
18         MR. BOYLE:  Fifth.
19     **A.   Fifth.**
20     Q.   Did the New Mexico Board of Dental Health
21   Care ever revoke your license to practice dentistry
22   in New Mexico?
23         MR. BOYLE:  Fifth.
24     **A.   Fifth.**
25     Q.   Was your license revoked effective

38

1  July 17th of 2020?
2      A.  Fifth.
3      Q.  Is your license still revoked today?
4      A.  Fifth.
5      Q.  Did you ever challenge the July 2020
6  revocation of your New Mexico dental license in court
7  in New Mexico?
8      MR. BOYLE:  Fifth.
9      A.  Fifth.
10     Q.  Did you ever win any challenge to the
11 revocation, the July 2020 revocation of your dental
12 license in court?
13     A.  Fifth.
14     Q.  No court has ever held that the board, in
15 July of 2020, incorrectly revoked your license?
16     A.  Fifth.
17     I'm going to take a break.
18     Q.  Sure.  How much time do you need?
19     A.  Ten minutes.
20     Q.  Sure, that works.
21     (Recess taken 9:58 a.m. to 10:11 a.m.)
22     Q.  (By Mr. Minegar) So before we get started,
23 I just wanted to talk about this medication issue.
24 In -- I don't want, in two weeks, for defendant to
25 come back and say that these medications that you

39

1  took this morning affected your ability to testify
2  truthfully and that this transcript and this
3  deposition is worthless because of that.  So have
4  those medications affected your ability to testify
5  truthfully to the questions that I've asked you so far?
6      A.  I don't know.  I don't know if they've
7  affected me.
8      Q.  Okay.
9      A.  I mean, they're -- they're -- I took them.
10     Q.  Because if --
11     A.  What do you want me to say?
12     MR. MINEGAR:  And, Gary, if -- I think, if
13 the plan is to come back and claim that this
14 deposition is worthless because of his medications,
15 then I'd like to adjourn and come back at another
16 date where you haven't taken those medications,
17 because I think it's a waste of everyone's time.
18     So unless you're comfortable proceeding
19 today with the understanding that you are able to
20 testify truthfully in response to the questions I'm
21 asking, then I would like to put it to you.
22     MR. BOYLE:  Well, we're certainly not in a
23 position to waive anything.  I think he's said as
24 much as he knows about his medication and what effect
25 it has on him.  And from my limited knowledge of

40

1  painkillers and muscle relaxers and so forth, I know
2  they can have impacts on the ability to tell the
3  truth, but I have no idea whether it's having that
4  impact or not.  What I'm hearing him say, under oath,
5  is that he can't be sure about that either, but it's
6  your deposition.
7      Q.  (By Mr. Minegar) Mr. Gardner, you knew that
8  your deposition was today?
9      A.  Yes.  Well, I knew about it two days ago.
10     Q.  You knew it was today?
11     A.  Yes.
12     Q.  Are these over-the-counter medications?
13     A.  No.
14     Q.  Are they prescription medications?
15     A.  They are.
16     Q.  And you said you don't recall what kind of
17 medications they are?
18     A.  I told you they're muscle -- muscle
19 relaxers and pain medication.
20     Q.  Were you required to take them this
21 morning?
22     A.  Yes.
23     Q.  Do you have a doctor's note or anything, or
24 something that --
25     A.  I do.

41

1      Q.  -- you'd be comfortable sharing with us?
2      A.  I have a prescription. I don't have
3  anything to share with you.
4      Q.  You're required to take it every day?
5      A.  Yes.
6      Q.  Okay.
7      A.  Every four to six hours.
8      MR. MINEGAR:  I'm not comfortable
9  proceeding unless --
10     MR. BOYLE:  I'll put -- I'll put this on
11 record.  We won't object to you asking the Court
12 to extend the discovery date so that you can attempt
13 to do it -- an adjournment and start over again.  I
14 won't object to that.  But I have no idea what my
15 position might be with respect to anything else.
16     Q.  (By Mr. Minegar) Because the only way that
17 I think it's not a waste of everyone's time today is
18 if you're willing to continue, with the understanding
19 that you are able to testify truthfully and that you
20 understand my questions notwithstanding these
21 medications.
22     A.  Waive my rights is basically what you're
23 saying.
24     MR. BOYLE:  Well, no, I think what he's
25 saying is will we agree to come back on a continued

---

42

1    deposition at a time when you're not taking those
2    prescriptions.  Is that fair?  Is that what you're
3    trying to say?
4         Q.   (By Mr. Minegar) What's -- how long are you
5    on these prescriptions?
6         **A.   I don't know.  Probably perpetual.  It's**
7    **going to be until my back gets better.**
8         MR. MINEGAR:  Well, I mean, you have to see
9    the position that I'm in.
10        MR. BOYLE:  I understand your position.
11        MR. MINEGAR:  A witness claiming I can't
12   testify -- I can't know if I'm testifying truthfully
13   because of medications that I'm potentially on
14   perpetually.  So it's an issue that we might have to
15   take up with the Court.  But unless you're willing to
16   continue today with the understanding that you are
17   able to testify truthfully to my questions,
18   notwithstanding these medications, then it feels like
19   a waste of everyone's time to proceed.
20        MR. BOYLE:  We're not going to make that --
21   that agreement.  He's testified that he doesn't know
22   what the effect is.  We're happy to go forward and
23   complete the deposition, but the fact is that he
24   doesn't know what that effect is.
25        Q.   (By Mr. Minegar) Are you going to come back

---

43

1    in two weeks and say, I didn't understand these
2    questions because of my medication?
3         MR. BOYLE:  Well, we're not going to
4    predict the future under any circumstances, but --
5    you know, you heard the facts.  He's on -- about the
6    kinds of medications he's on, and the fact that he
7    doesn't know, with any certainty, the effect.  It's
8    your call on whether you want to go on or not.
9         MR. MINEGAR:  Well, let's take another
10   five-minute break --
11        MR. BOYLE:  Okay.
12        MR. MINEGAR:  -- and come back on the
13   record, and we'll decide --
14        MR. BOYLE:  Okay.
15        MR. MINEGAR:  -- how we're going to
16   proceed.
17        MR. BOYLE:  Okay.  We'll just stay in here,
18   then.  Or you guys need the room?
19        MR. MINEGAR:  Yes.
20        MR. BOYLE:  Okay, okay.  Then let us go
21   outside.
22        MS. CHAPPELL:  Well, it's probably easier,
23   actually, if you stay in here and we adjourn.
24        MR. BOYLE:  I was just trying to make it
25   the easiest way I can.

---

44

1         MS. CHAPPELL:  I know, I know.  Anyway, so
2    we'll be back.
3         (Recess taken 10:16 a.m. to 10:25 a.m.)
4         Q.   (By Mr. Minegar) Okay, I think I've asked
5    you this question before, but I just want absolute
6    clarity.  Do you know the name of the medication that
7    you took this morning?
8         **A.   I do not know the name of it.**
9         Q.   Do you know sort of the generic kind of
10   medication that it is?  You've said muscle relaxers,
11   but just a little more specificity.
12        **A.   No, I don't know the name -- I'm trying to**
13   **think of it, the name of it -- because, to me, it's**
14   **just muscle relaxer.  They change their names, change**
15   **companies all the time, and what they say is really**
16   **not what it is.  So I can't really recall what the**
17   **name was.**
18        Q.   What's the dosage, if you recall?
19        **A.   High dosage.  I don't know.  Highest dosage**
20   **you can get on mine.**
21        Q.   Is it pills?
22        A.   Pills.
23        Q.   How many pills did you take?
24        A.   Two.
25        Q.   And you said you're on them perpetually?

---

45

1         **A.   Until my back gets better.**
2         Q.   So we talked about adjourning the
3    deposition until you're not on these medications
4    anymore.  Are you suggesting that you're always going
5    to be on these medications and will never be
6    available to testify at a deposition?
7         **A.   I didn't say that.**
8         THE WITNESS:  Did I say that?
9         MR. BOYLE:  No.
10        Q.   (By Mr. Minegar) I'm asking if that's
11   your -- if that's what you're saying?
12        **A.   I said that I'm on them perpetually, which**
13   **means there's a possibility I'll probably be on them**
14   **for a while until my back gets better.  I didn't say**
15   **forever.**
16        Q.   You said --
17        **A.   Until my back gets better, and until my**
18   **doctor says that I'm okay to do it.  How's that?**
19        Q.   My apologies for interrupting, too.
20        You used the word "perpetual," which is the
21   reason why I'm asking.
22        **A.   Yes.**
23        Q.   So what about if this case goes to trial?
24        **A.   I want to make sure we have a jury, too,**
25   **but...**

---

46

1    I don't know what that means.  What
2  happens --
3    Q.  Same question, is it -- well, is it going
4  to affect your ability to testify truthfully at the
5  trial if you're still on these medications?  Will we
6  have to postpone the trial?
7    A.  Well, I think we asked for a stay, but,
8  yeah, I would say so, if we have to set apart the
9  deposition.
10    Q.  Okay.
11      And one other line of questioning just to,
12  again, be perfectly clear.  Is there a reason that
13  you left your reading glasses behind?
14    MR. BOYLE:  I think he did ask and answer
15  that.
16      But you can answer it again, if you can.
17    A.  Yeah, there's no reason.  I just -- I
18  really haven't been wearing those glasses until
19  recently, and so -- my eyesight has just been
20  declining for the last probably year or two, and I've
21  never really had to wear those.
22    Q.  Are they prescription reading glasses?
23    A.  No, they're just regular glasses.
24    Q.  Do you know what the magnification is on
25  them?

47

1    A.  (Witness shakes head.)
2    Q.  Okay.
3    MR. MINEGAR:  So my position is that this
4  is a failure to appear for the deposition.  He's
5  testifying that he took medication, he doesn't know
6  if it's affecting his ability to testify truthfully;
7  that despite the fact that he knew he was going to be
8  in a deposition today, he left his reading glasses at
9  home, whether it was purposeful or forgot.  So our
10  position is that this is a failure to appear, and we
11  would -- we'll be filing a motion on it, but we would
12  like to adjourn the deposition until the Court can --
13  can resolve this issue for us.
14    MR. BOYLE:  To be clear, our position is
15  that we're here, we did appear.  And with respect to
16  the medication, I think he's under doctor's
17  prescription to take that, so I think he was required
18  to take it this morning, deposition or not.
19      And with respect to the documents, you
20  certainly had it in your capacity to blow these up to
21  a point where somebody could read them without
22  reading glasses, so I don't think that's much of an
23  argument either.
24    MR. MINEGAR:  Well, I was --
25    MR. BOYLE:  But you make whatever argument

48

1  you want to, we'll make whatever argument we want to,
2  and we'll see what the Court does with it.
3    MR. MINEGAR:  I sent this deposition notice
4  out on September 11th and was never informed that
5  there were any issues with medication, or reading
6  glasses, or a need to blow up exhibits.
7    MR. BOYLE:  This isn't -- this isn't
8  reasonable printing.  I can read it, but, you know --
9  my eyes are obviously better than his.  It's your
10  responsibility, if you want him to read something, to
11  give him a version that's readable.
12    MR. MINEGAR:  Sure.  Okay, yeah, so we'll
13  adjourn, and we'll be filing a motion.  We'll let the
14  Court sort it out.
15    MR. BOYLE:  We'll read and sign.  Just
16  electronic.
17    MR. MINEGAR:  One more thing.  We will --
18  you mentioned this topic before, but the discovery
19  cutoff is today.  So in order to facilitate this
20  deposition, we would need additional time.
21    MR. BOYLE:  I won't object to an extension
22  of the discovery deadline.
23    MR. MINEGAR:  Okay.
24    MR. BOYLE:  The rest of it we have
25  objections on.

49

1    MR. MINEGAR:  Understood.
2      (The deposition concluded at 10:30 a.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

50

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.    No. 22-cv-00830-JB/JFR

WILLIAM C. GARDNER, DDS,

      Defendant.

CERTIFICATE OF COMPLETION OF DEPOSITION

I, PEGGY JO GONZALES, New Mexico CCR #145, DO HEREBY CERTIFY that on October 13, 2023, the deposition of WILLIAM GARDNER was taken before me at the request of, and sealed original thereof retained by:

    Attorney for the Plaintiff
    MR. BENJAMIN G. MINEGAR
    Assistant U.S. Attorney
    District of New Mexico
    201 Third Street, Northwest, Suite 900
    Albuquerque, New Mexico  87102

I FURTHER CERTIFY that copies of this certificate have been mailed or delivered to all Counsel, and parties to the proceedings not represented by counsel, appearing at the taking of the deposition:

I FURTHER CERTIFY that examination of this transcript and signature of the witness was requested by the witness and all parties present.

On _____ a letter was mailed or delivered to MR. GARY W. BOYLE regarding obtaining signature of the witness.

I FURTHER CERTIFY that the recoverable cost of the original and one copy of the deposition,

51

$_____.

I FURTHER CERTIFY that I did administer the oath to the witness herein prior to the taking of this deposition; that I did thereafter report in stenographic shorthand the questions and answers set forth herein, and the foregoing is a true and correct transcript of the proceeding had upon the taking of this deposition to the best of my ability.

I FURTHER CERTIFY that I am neither employed by nor related to nor contracted with (unless excepted by the rules) any of the parties or attorneys in this case, and that I have no interest whatsoever in the final disposition of this case in any court.

_____
Peggy Jo Gonzales, RMR, CCR #145
Bean & Associates, Inc.
Professional Court Reporting Service
NM Certified Court Reporter #145
License Expires: 12/31/2023

(8692N-PJ)
Date Taken:  October 13, 2023
Proofread by:  PD

52

United States of America vs William C. Gardner, DDS
WITNESS SIGNATURE/CORRECTION PAGE
If there are any typographical errors to your deposition, indicate them below:

PAGE  LINE
_____  _____ Change to _____
_____  _____ Change to _____
_____  _____ Change to _____
_____  _____ Change to _____

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

PAGE  LINE  CORRECTION      REASON FOR CHANGE
_____
_____
_____
_____
_____
_____

I, WILLIAM GARDNER, do hereby certify that I have read the foregoing pages of my testimony as transcribed and that the same is a true and correct transcript of the testimony given by me in this deposition on October 13, 2023, except for the changes made.

_____  _____
Date Signed    WILLIAM GARDNER

(8692N-PJ)  Proofread by:  PD

RECEIPT

JOB NUMBER: (8692N-PJ)  October 13, 2023
WITNESS NAME: WILLIAM GARDNER
CASE CAPTION:  United States of America vs William C. Gardner, DDS
    **************************
ATTORNEY: MR. BENJAMIN G. MINEGAR
DOCUMENT: Transcript / Exhibits / Disks / Other _____
DATE DELIVERED: _____ DEL'D BY: _____
REC'D BY: _____ TIME: _____
    **************************
ATTORNEY:  MR. GARY W. BOYLE
DOCUMENT: Transcript / Exhibits / Disks / Other _____
DATE DELIVERED: _____ DEL'D BY: _____
REC'D BY: _____ TIME: _____
    **************************
ATTORNEY:
DOCUMENT: Transcript / Exhibits / Disks / Other _____
DATE DELIVERED: _____ DEL'D BY: _____
REC'D BY: _____ TIME: _____
    **************************
ATTORNEY:
DOCUMENT: Transcript / Exhibits / Disks / Other _____
DATE DELIVERED: _____ DEL'D BY: _____
REC'D BY: _____ TIME: _____

DATE DELIVERED:_____

MR. GARY W. BOYLE
15 Spirit Court
Santa Fe, New Mexico  87506-1103
gary.boyle.boylelawoffice@gmail.com
RE:  United States of America vs William C. Gardner,
DDS
DEPOSITION OF:  WILLIAM GARDNER
DATE TAKEN:  October 13, 2023

Dear Mr. Boyle:

At the time of the above deposition/sworn statement,
it was requested that the witness read and sign
his/her transcript.

_____Enclosed is your copy of the transcript with the
original signature page.  Please ask the witness
to read the transcript, make any corrections on
the signature page, and return the original
signature page to our Albuquerque office.

_____Enclosed is your copy of the transcript.  Please
read it, note any corrections on the signature
page, and return the original signature page to
our Albuquerque office.  You may keep the
transcript for your files.

_____The transcript is now ready to review.  Please
contact our Albuquerque office, 505-843-9494, to
make arrangements to have the transcript read
and signed.  If you are outside the Albuquerque
area, please call 800-669-9492.

_____The transcript is now ready for review.  Please
remit payment in the amount of $_____ to our
Albuquerque office.  As soon as payment is
received, your transcript will be delivered.  If
you choose not to pay, please contact our
Albuquerque office, 505-843-9494, to make
arrangements for signature.

_____Trial in this matter is set for _____.  If
the transcript has not been read and signed
before that date, the original will be filed
without a signature.

_____Other:  The transcript of this deposition is
attached to the email.  Please also find
attached the signature-correction page for
your convenience.

The New Mexico Rules of Civil Procedure provide the
witness 30 days, in most instances, from the receipt
of this letter to read and sign his/her transcript.
If he/she has not read and signed the transcript in
that time, we will file the original transcript
without the signature page.

Sincerely,

BEAN & ASSOCIATES, INC.

JOB NO.:  (8692N-PJ)

```
 1        IN THE UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF NEW MEXICO

 3

 4   UNITED STATES OF AMERICA,

 5                Plaintiff,

 6
     vs.                          No. 22-cv-00830-JB/JFR
 7
     WILLIAM C. GARDNER, DDS,
 8
                 Defendant.
 9

10      CERTIFICATE OF COMPLETION OF DEPOSITION

11      I, PEGGY JO GONZALES, New Mexico CCR #145, DO
     HEREBY CERTIFY that on October 13, 2023, the
12   deposition of WILLIAM GARDNER was taken before me at
     the request of, and sealed original thereof retained
13   by:

14        Attorney for the Plaintiff
          MR. BENJAMIN G. MINEGAR
15        Assistant U.S. Attorney
          District of New Mexico
16        201 Third Street, Northwest, Suite 900
          Albuquerque, New Mexico  87102
17
        I FURTHER CERTIFY that copies of this
18   certificate have been mailed or delivered to all
     Counsel, and parties to the proceedings not
19   represented by counsel, appearing at the taking of
     the deposition:
20
        I FURTHER CERTIFY that examination of this
21   transcript and signature of the witness was requested
     by the witness and all parties present.
22
        On Oct. 18, 2023  a letter was mailed or delivered to
23   MR. GARY W. BOYLE regarding obtaining signature of
     the witness.
24
        I FURTHER CERTIFY that the recoverable cost of
25   the original and one copy of the deposition,
     including exhibits, to MR. BENJAMIN G. MINEGAR is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    $_____.
```

2        I FURTHER CERTIFY that I did administer the oath
to the witness herein prior to the taking of this
3    deposition; that I did thereafter report in
stenographic shorthand the questions and answers set
4    forth herein, and the foregoing is a true and correct
transcript of the proceeding had upon the taking of
5    this deposition to the best of my ability.

6        I FURTHER CERTIFY that I am neither employed by
nor related to nor contracted with (unless excepted
7    by the rules) any of the parties or attorneys in this
case, and that I have no interest whatsoever in the
8    final disposition of this case in any court.

9

10

11    _____
      Peggy Jo Gonzales, RMR, CCR #145
12    Bean & Associates, Inc.
      Professional Court Reporting Service
13    NM Certified Court Reporter #145
      License Expires: 12/31/2023

14

15

16

17    (8692N-PJ)
      Date Taken:  October 13, 2023
18    Proofread by:  PD

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**A**

**a.m** 1:11 38:21,21 44:3,3 49:2
**ability** 6:20 7:12 39:1,4 40:2 46:4
   47:6 51:5
**able** 28:24 39:19 41:19 42:17
**absolute** 44:5
**abuse** 26:16
**accuracy** 6:23
**accurately** 6:20
**Act** 23:12
**action** 37:17
**addictive** 26:13
**additional** 48:20
**address** 12:24,25 13:6 16:1,2
   17:10,13,14
**adjourn** 39:15 43:23 47:12 48:13
**adjourning** 45:2
**adjournment** 41:13
**administer** 51:2
**Admission** 3:2
**affect** 6:20 7:12 46:4
**agency** 31:17
**ago** 20:23 40:9
**agree** 26:8 41:25
**agreement** 42:21
**ahead** 16:19
**Albuquerque** 1:12,23 2:5 8:24
   8:25 11:16 12:2,11 13:4 17:11
   50:16 54:12,15,17,18,20,22
**allow** 25:23
**Amendment** 15:9 24:3
**America** 1:3 50:4 52:1 53:4 54:5
**amount** 54:20
**answer** 5:13,19,23 6:9,15,17 8:4
   9:17,20 11:5 13:7,13,25 15:9
   16:9,11,16,18,19,21,23 32:25
   33:23,24 34:14 46:14,16
**answered** 29:20
**answers** 5:16 14:16 51:3
**anymore** 45:4
**Anyway** 44:1
**apart** 46:8
**apologies** 45:19
**apologize** 20:20 23:15 28:10
**appear** 47:4,10,15
**appearing** 50:19
**application** 3:5 29:9 31:10
**applied** 24:8

**apply** 21:5 23:5,21 24:1 32:15
**approval** 34:22
**approving** 16:13
**area** 54:18
**argument** 47:23,25 48:1
**arrangements** 54:17,22
**asked** 6:9 39:5 44:4 46:7
**asking** 5:14 9:15 24:9 27:18
   29:17 33:2 39:21 41:11 45:10
   45:21
**assist** 35:20
**Assistant** 2:4 4:6 50:15
**Associates** 1:22 51:12 55:9
**association** 13:20
**assume** 5:19 22:17
**attached** 55:1,2
**attempt** 41:12
**attorney** 1:17 2:3,4 4:7 6:14,15
   8:10 15:1,18,20 16:12,15 50:14
   50:15 53:7,12,17,22
**attorney-client** 8:2
**attorneys** 51:7
**audible** 30:13
**authority** 27:9,21 32:16 36:3
**available** 45:6
**Avenue** 13:3,8
**avoid** 5:24
**aware** 19:13

**B**

**back** 7:4,7 11:15 20:24 38:25
   39:13,15 41:25 42:7,25 43:12
   44:2 45:1,14,17
**background** 8:17 9:25
**bad** 33:1
**barely** 29:10
**based** 26:4 27:19 33:17
**basically** 7:9 41:22
**basis** 8:1
**Bates** 22:4 32:1
**Bean** 1:22 51:12 55:9
**behalf** 5:3
**believe** 24:10
**Ben** 4:7
**BENJAMIN** 1:17 2:3 50:14 53:7
**benjamin.minegar@usdoj.gov**
   2:6
**best** 51:5
**better** 42:7 45:1,14,17 48:9

**BG9826427** 34:13
**bigger** 29:7 34:4
**billed** 18:14 19:6
**billing** 18:13,23 19:3
**birth** 8:17
**bit** 5:13
**blank** 15:14
**blow** 47:20 48:6
**blurry** 29:3,11
**board** 3:4 20:6 23:12 28:1 29:2
   29:14 37:16,20 38:14
**born** 8:21,22
**bottom** 24:14 30:18
**Boulevard** 17:10
**boxes** 32:21
**Boyle** 2:9,9 7:25 9:18 11:5,10
   12:20 13:7,13,21,25 15:1 16:19
   16:22 17:23 18:8 19:11 20:17
   20:21 21:3,16 23:19,23 24:10
   24:18,22 25:4,16,21,25 26:6,11
   26:14,18,21 27:15,23 28:3
   30:23 31:13,19 32:24 33:2,23
   34:14,18,23 35:8,17,23 36:5,9
   36:14,18,24 37:4,9,14,18,23
   38:8 39:22 41:10,24 42:10,20
   43:3,11,14,17,20,24 45:9 46:14
   47:14,25 48:7,15,21,24 50:23
   53:12 54:2,7
**break** 6:7,10 38:17 43:10
**bring** 8:14 30:4
**brutality** 7:5
**business** 17:19 24:15 35:1,11

**C**

**C** 1:6 2:1 12:14,22 17:5 18:6
   32:21 50:7 52:1 53:4 54:5
**call** 43:8 54:18
**called** 7:8 28:15
**calls** 21:16 27:15
**capacity** 47:20
**caps** 24:14
**CAPTION** 53:4
**care** 3:4 19:7,8 20:6 23:12 37:17
   37:21
**Carmel** 13:3,8
**case** 4:8 6:14 14:17 15:21 45:23
   51:7,8 53:4
**cases** 4:23 5:8
**CCR** 1:21 50:11 51:11

**Center** 16:25
**certainly** 39:22 47:20
**certainty** 43:7
**certificate** 2:22 3:7 32:2,9,14
  33:7 50:10,18
**Certificates** 33:21
**Certified** 51:13
**certify** 50:11,17,20,24 51:2,6
  52:19
**CFE** 2:14
**challenge** 38:5,10
**change** 44:14,14 52:6,7,8,9,11,12
**changed** 33:16
**changes** 52:10,21
**Chappell** 2:14 43:22 44:1
**children** 9:21,23
**choose** 54:21
**circumstances** 43:4
**City** 8:22 10:9,10
**Civil** 1:14 55:4
**claim** 39:13
**claiming** 42:11
**clarity** 3:11 44:6
**clear** 46:12 47:14
**close** 9:19
**closer** 30:20
**cognitive** 7:18
**college** 10:11
**color** 34:4
**Colorado** 10:18
**come** 38:25 39:13,15 41:25 42:25
  43:12
**comfortable** 39:18 41:1,8
**companies** 44:15
**complete** 5:15 42:23
**COMPLETION** 2:22 50:10
**complied** 23:11
**con-** 8:11
**concluded** 49:2
**conclusion** 21:17 27:16,19
**confirm** 16:9 22:21 32:22
**conspicuously** 24:15
**contact** 54:17,21
**continue** 41:18 42:16
**continued** 41:25
**contracted** 51:6
**controlled** 3:5,6 25:8,10,11,12,15
  25:19,24 26:3,8,17 27:3,9,13,22
  28:1 29:8 31:11,18 32:2,8,16

33:9,20 34:21
**convenience** 55:2
**convicted** 10:25
**copies** 50:17
**copy** 22:8,10 33:14,19,22 50:25
  54:10,13
**correct** 20:10 32:23 34:6,7 51:4
  52:20
**CORRECTION** 52:12
**corrections** 54:11,14
**Cosmetic** 16:25
**cost** 50:24
**counsel** 8:1 50:18,19
**couple** 11:25
**court** 1:1,22 2:10 4:25 5:2,22 6:1
  6:4 30:5,8,9,11 38:6,12,14
  41:11 42:15 47:12 48:2,14 50:1
  51:8,12,13 54:3
**crimes** 10:25 11:3
**current** 8:23
**currently** 11:2
**cutoff** 48:19

**D**
**D** 2:18
**D.D.S** 10:1,13,17,22 11:21 12:14
  12:22 17:6 18:6 20:2 32:22
  35:25
**d/b/a's** 12:13
**dangerous** 26:9,25
**date** 8:17 21:2 22:16 39:16 41:12
  51:17 52:23 53:9,14,19,24 54:1
  54:6,24
**dated** 22:15
**day** 41:4
**days** 40:9 55:4
**DD1867** 20:22 22:22
**DDS** 1:6 50:7 52:1 53:5 54:5
**DEA** 32:2,8,13,15 33:7,9 34:12
  34:17,22 36:1
**deadline** 48:22
**Dear** 54:7
**decide** 43:13
**decision** 36:16
**declining** 15:9 46:20
**defendant** 1:7 2:8 3:3 16:5 38:24
  50:8
**Defendant's** 3:2
**DEL'D** 53:9,14,19,24

**delivered** 50:18,22 53:9,14,19,24
  54:1,21
**dental** 3:4 10:15 16:3,7 20:1,6
  21:5,8 22:11,21 23:12 25:23
  27:14 37:13,16,20 38:6,11
**dentist** 11:25 23:13 24:1 32:10
**dentistry** 11:12 17:1 20:5 21:12
  21:14 23:11,14,17,22 24:2,8
  25:2,18 37:21
**Department** 29:2,13
**deposed** 5:12
**deposition** 1:9,15 2:22 4:13 7:22
  30:11 39:3,14 40:6,8 42:1,23
  45:3,6 46:9 47:4,8,12,18 48:3
  48:20 49:2 50:10,12,19,25 51:3
  51:5 52:3,10,21 54:6 55:1
**deposition/sworn** 54:8
**describe** 12:18
**despite** 47:7
**details** 11:9
**determination** 35:5
**different** 7:8 14:4 17:5,8,9 18:5,7
  34:3,4,5
**direct** 3:12
**directive** 24:17
**disciplinary** 37:17
**discovery** 14:17 15:21 41:12
  48:18,22
**discussion** 8:1 22:2
**discussions** 8:9
**Disks** 53:8,13,18,23
**displayed** 24:21
**disposition** 51:8
**District** 1:1,2 2:4 50:1,2,15
**doctor** 10:15 45:18
**doctor's** 40:23 47:16
**doctorate** 10:1
**document** 14:15,18,22,23 15:6
  22:5 28:8,24 29:4,5,6 31:25
  32:3,6,23 34:9 53:8,13,18,23
**documents** 8:12,14 28:15 47:19
**doing** 31:21
**dosage** 44:18,19,19
**Dr** 4:6
**Drug** 31:16,17
**duly** 4:2

**E**
**E** 2:1,1,18

easier 43:22
easiest 43:25
educational 9:25
effect 39:24 42:22,24 43:7
effective 37:25
either 40:5 47:23
electronic 48:16
email 16:2 55:1
employed 51:6
employees 13:23,24 14:2,7
employment 10:21,23
Enclosed 54:10,13
Enforcement 31:17,17
ensure 27:2
entity 17:22,25 19:3
errors 52:3
estimate 4:18,20,21
everyone's 39:17 41:17 42:19
examination 2:20 4:4 50:20
example 5:24 35:2
excepted 51:6
excluding 16:2
Exhibit 14:13,16 21:24 22:1,1,4
    28:6,9 30:19,21,22,23 31:23
    32:1
exhibits 3:1 48:6 53:8,13,18,23
expiration 21:2
expired 23:2
Expires 51:13
explain 7:17 19:18
explicit 11:9
extend 41:12
extension 48:21
extent 7:25
eyes 33:13 48:9
eyesight 46:19

**F**

face 30:20
facilitate 48:19
facility 17:16,18,20
fact 42:23 43:6 47:7
facts 43:5
failure 47:4,10
fair 5:20 22:9,9 33:6 42:2
familiar 25:14 32:8
family 9:1 17:1
far 39:5
Fe 2:10 54:3

February 16:4
federal 1:14 19:7,8 31:17
feels 42:18
Fifth 7:24 11:4,10,11,14 12:20,21
    12:23 13:21,22 14:11 15:9
    16:18 17:23,24 18:1,3,10,11,16
    18:19,21,24 19:1,5,11,12,20
    21:3,4,7,10,13,18,21 23:7,19,20
    23:23,24 24:3,10,18,19,22,23
    25:4,5,7,16,17,21,22,25 26:1,6
    26:7,11,12,14,15,18,19,21,22
    27:1,5,8,11,17,23,24 28:3,4
    30:16 31:13,14,19,20,22 32:18
    34:18,19,23,24 35:8,9,12,17,18
    35:23,24 36:5,6,9,10,14,15,18
    36:19,24,25 37:4,5,8,9,11,14,15
    37:18,19,23,24 38:2,4,8,9,13,16
file 55:6
filed 54:24
files 54:15
filing 47:11 48:13
filled 36:23 37:3
final 36:2,3,16 51:8
find 23:10 55:1
first 3:2 4:2 6:10
Five 5:5
five-minute 43:10
flip 15:10,13
focusing 35:19
follow 24:17
follows 4:3
font 28:10 29:8
foregoing 51:4 52:19
forever 45:15
forget 30:2
forgot 47:9
form 32:24 33:3 35:6,10,15
formal 5:14
FORMALLY 3:1
format 33:16
forth 40:1 51:4
forward 42:22
four 41:7
frame 35:19
front 33:15
full 16:1
function 18:17
fundamental 11:6
FURTHER 50:17,20,24 51:2,6

future 43:4

**G**

G 1:17 2:3 50:14 53:7
G-A-R-D-N-E-R 4:12
Gardner 1:6,9 2:20 4:1,6,11,11
    12:14,22 17:5 18:6 32:21,22
    40:7 50:7,12 52:1,19,23 53:3,5
    54:5,6
Gary 2:9 15:1 39:12 50:23 53:12
    54:2
gary.boyle.boylelawoffice@g...
    2:11 54:4
general 8:16 19:18 23:10,14,17
    23:22 24:2,4,8 25:2,18 26:2,5
    32:21
generally 12:18 37:6,10
generic 44:9
getting 6:5 11:8
give 48:11
given 52:20
glasses 22:6 28:13,18 29:22 30:4
    46:13,18,22,23 47:8,22 48:6
go 10:8,11 15:13 16:19 33:3 37:2
    42:22 43:8,20
goes 45:23
going 9:10,20,20 10:7 14:14
    21:25 28:7 30:15 31:24 38:17
    42:7,20,25 43:3,15 45:4 46:3
    47:7
Gonzales 1:21 50:11 51:11
Good 4:6
government 25:12,13 26:4,23
granted 23:13
greater 26:16
ground 5:11
guess 5:3 17:2
guys 33:14 43:18

**H**

handled 19:3
handling 18:23
happens 46:2
happy 42:22
hard 31:3 32:4 33:11,15,18 34:5
harmful 27:6
he/she 55:5
head 5:25 13:10 30:10 47:1
health 3:4 19:7,8 20:6 23:12

37:16,20
**heard** 43:5
**hearing** 40:4
**held** 22:2 38:14
**help** 30:20
**high** 10:8,9 44:19
**Highest** 44:19
**his/her** 54:9 55:5
**history** 10:22,23
**hold** 30:20
**home** 28:19,20 47:9
**hours** 41:7
**How's** 45:18

**I**

**idea** 40:3 41:14
**IDENTIFIED** 3:1
**identifier** 19:14,15
**Identify** 16:1
**identity** 16:6
**impact** 40:4
**impacts** 40:2
**important** 26:23 27:2
**inaudible** 33:13
**incorrectly** 38:15
**indicate** 52:3
**indicating** 35:15
**individual** 18:22
**information** 5:8 8:17 24:4
**informed** 48:4
**instance** 19:9
**instances** 32:20 55:4
**instructing** 9:16
**instructs** 6:15
**intending** 36:22
**interest** 51:7
**interrogatories** 3:2 16:8
**interrogatory** 15:24 16:10
**interrupting** 45:19
**involved** 9:13,14
**issuance** 22:16
**issue** 35:3 38:23 42:14 47:13
**issued** 20:5,8
**issues** 48:5

**J**

**Jo** 1:21 50:11 51:11
**JOB** 53:2 55:25
**Julie** 2:14

**July** 14:16 16:4 38:1,5,11,15
**June** 20:10 22:15 23:6
**jury** 45:24

**K**

**Katherine** 10:2
**keep** 54:15
**kind** 7:3 25:6 29:10 33:12 40:16
   44:9
**kinds** 5:8 43:6
**knew** 40:7,9,10 47:7
**know** 4:17 5:4,6,17 6:8,22 7:7,14
   7:15 10:3,4 15:4,15 16:14,14
   17:14 18:22 19:22,24 20:9,21
   24:5 25:8 26:4 30:15 34:6,14
   35:10 39:6,6 40:1 42:6,12,21,24
   43:5,7 44:1,1,6,8,9,12,19 46:1
   46:24 47:5 48:8
**knowing** 37:2
**knowledge** 39:25
**knows** 39:24

**L**

**law** 2:9 21:11
**lawyer** 8:7
**leave** 28:20
**left** 28:18 29:23,25 46:13 47:8
**legal** 21:16,20 27:16,18
**legally** 27:13 34:21
**let's** 6:3 8:16 23:9 43:9
**letter** 50:22 55:5
**letterhead** 35:11
**license** 3:4 11:13 20:1,5,15,18,19
   20:25 21:2,6,8,15 22:11,21 23:1
   23:13,21 24:8,14 25:23 32:13
   36:1,12 37:13,21,25 38:3,6,12
   38:15 51:13
**licensed** 27:3
**licensing** 27:20 29:2,13
**likelihood** 20:12
**limitation** 6:8
**limited** 39:25
**line** 46:11 52:5,12
**lines** 30:19
**listed** 52:10
**little** 5:13 44:11
**long** 20:23 42:4
**look** 15:24 31:7 33:21 34:2,3
**looking** 20:24 24:4

**lot** 6:13 15:8

**M**

**magnification** 46:24
**mailed** 50:18,22
**maker** 36:16
**managed** 18:17
**mark** 14:15 22:1 28:8 31:25
**marked** 3:1 14:13 21:24 28:6
   31:23
**marks** 3:11
**matter** 26:2 54:23
**mean** 7:19 22:7,25 23:18 34:6
   39:9 42:8
**Meaning** 23:2
**means** 45:13 46:1
**Medicare** 19:9
**medication** 7:9,20 35:4 38:23
   39:24 40:19 43:2 44:6,10 47:5
   47:16 48:5
**medications** 6:19,22,24 7:3,11
   25:3,6,12 26:10 35:2,14 36:13
   36:17,21 37:7 38:25 39:4,14,16
   40:12,14,17 41:21 42:13,18
   43:6 45:3,5 46:5
**meet** 8:6
**members** 36:7,11,12
**mentioned** 48:18
**Mexico** 1:2,12,23 2:4,5,10 8:22
   10:12 13:4 16:3,25 17:11 20:6
   20:15,25 21:9,12 22:10 23:12
   24:1 25:23 27:14,25 29:1,13,20
   31:11 36:1,1 37:12,16,20,22
   38:6,7 50:2,11,15,16 54:3 55:4
**military** 10:19
**mine** 44:20
**Minegar** 1:17 2:3,21 4:5,7 8:6
   9:16 11:8 14:14 16:24 21:25
   22:3 24:12,13 28:7 31:24 33:5,6
   38:22 39:12 40:7 41:8,16 42:4,8
   42:11,25 43:9,12,15,19 44:4
   45:10 47:3,24 48:3,12,17,23
   49:1 50:14 53:7
**minutes** 38:19
**moment** 28:9
**morning** 4:6 7:2 39:1 40:21 44:7
   47:18
**motion** 47:11 48:13
**move** 8:16

**Moving** 11:15
**muscle** 7:9,11 40:1,18,18 44:10
    44:14

**N**

**N** 2:1,18
**name** 4:9 7:7 9:9,10,11,15 10:2,4
    10:7 12:8,12,16 16:1 17:2,3,9,9
    17:21 18:4 35:11 44:6,8,12,13
    44:17 53:3
**names** 18:7 44:14
**national** 19:13,15
**nature** 11:9
**necessarily** 3:12
**need** 6:7 14:21 27:12 28:11 33:3
    38:18 43:18 48:6,20
**needing** 27:21
**neither** 51:6
**never** 14:23 32:6 45:5 46:21 48:4
**new** 1:2,12,23 2:4,5,10 8:22
    10:12 13:4 16:3,25 17:11 20:6
    20:15,25 21:9,12 22:10 23:5,12
    24:1 25:23 27:14,25 29:1,13,20
    31:11 36:1,1 37:12,16,20,22
    38:6,7 50:2,11,15,16 54:3 55:4
**NM** 3:4 51:13
**nodding** 5:25
**nods** 13:10 30:10
**Northeast** 13:4 17:11
**Northwest** 1:11,23 2:5 50:16
**note** 3:10 40:23 54:14
**notice** 48:3
**notwithstanding** 41:20 42:18
**NPI** 19:16,21
**number** 13:12 15:24 16:2,16
    19:14,21 20:19 22:22 34:12
    53:2
**numbered** 22:4 32:1

**O**

**oath** 4:2 5:16 40:4 51:2
**object** 6:14 8:1 20:17 27:15
    32:24 41:11,14 48:21
**Objection** 21:16
**objections** 48:25
**obligated** 6:16
**obligation** 5:15
**obtain** 20:25 21:8
**obtained** 10:22

**obtaining** 50:23
**obviously** 48:9
**October** 1:10 50:11 51:17 52:21
    53:2 54:6
**office** 2:9 17:4 18:25 19:4 24:20
    28:23 29:23 54:12,15,17,20,22
**okay** 4:22 5:7,11 7:21 8:16 10:6
    11:23 12:2,4 13:18 14:6,12,14
    15:23 16:24 18:11,13 19:2,25
    20:14 21:25 22:13 23:4,8,16
    24:6,12,20,24 28:5,17 29:12,15
    30:17,25 31:9,15,24 32:19
    34:11,16,25 39:8 41:6 43:11,14
    43:17,20,20 44:4 45:18 46:10
    47:2 48:12,23
**old** 8:19 22:14,24 23:1 29:6 33:8
**online** 33:17
**options** 24:1
**order** 31:18 32:15 35:13 48:19
**original** 33:15 50:12,25 54:11,12
    54:14,24 55:6
**outside** 43:21 54:18
**outsourced** 18:20
**over-the-counter** 40:12
**overdose** 26:20
**owner** 17:16,19,20 35:25

**P**

**P** 2:1,1
**PA** 12:14,22 17:6 18:6 32:22
**page** 2:19,23 14:25 15:1,11,11,14
    15:25 52:2,5,12 54:11,12,12,14
    54:14 55:2,6
**pages** 52:19
**pain** 7:9,11,19 40:19
**painkillers** 40:1
**part** 25:1,18 30:11
**parties** 50:18,21 51:7
**patient** 35:3,7 37:2
**patients** 25:3,19,24 27:4,10,22
    28:2 31:18 32:17 34:22 35:2,14
    35:22 36:8,13,17,21,22 37:7
**pay** 54:21
**payment** 54:20,20
**PD** 51:18 52:25
**Peggy** 1:21 50:11 51:11
**perfectly** 46:12
**period** 16:7
**perpetual** 42:6 45:20

**perpetually** 42:14 44:25 45:12
**persons** 16:2,6
**pharmacy** 28:1 29:3,14 37:3
**phone** 8:9,11 13:12
**physically** 35:14
**pills** 44:21,22,23
**place** 24:15
**Plaintiff** 1:4,17 2:2 50:5,14
**Plaintiff's** 3:2
**plan** 39:13
**please** 4:9 5:17,23 6:9 28:9 54:11
    54:13,16,18,19,21 55:1
**point** 11:16 20:1,4 47:21
**police** 7:4
**position** 39:23 41:15 42:9,10
    47:3,10,14
**possibility** 45:13
**posted** 24:15
**postpone** 46:6
**potentially** 26:9,13,24 27:6 28:15
    42:13
**practice** 11:15,16 12:5,8,9,11,16
    12:19,25 13:15,23 16:3,7 18:5
    18:15,18 19:6 20:5 21:12,14
    23:13,21 25:2,18 27:14 32:10
    32:23 33:20 35:20,25 36:3,4
    37:21
**practices** 18:14
**practicing** 11:12
**Practitioner's** 3:5
**practitioners** 27:3 29:8
**predict** 43:4
**prepare** 7:21
**prescribe** 25:2,6,19,24 27:9,13
    27:22 28:1 31:18 32:16 34:21
    35:1,13 36:13 37:7
**prescribed** 35:16
**prescribing** 27:3 36:17
**prescription** 35:5,7 37:3 40:14
    41:2 46:22 47:17
**prescriptions** 25:1 35:15,21 36:4
    36:8,20,23 37:1 42:2,5
**present** 2:13 50:21
**presents** 35:3
**printing** 48:8
**prior** 51:2
**privilege** 8:2
**probably** 8:3 17:15 29:6 31:3,5
    37:2 42:6 43:22 45:13 46:20

**Procedure** 1:15 55:4
**proceed** 42:19 43:16
**proceeding** 30:12 39:18 41:9
  51:4
**proceedings** 30:5,8,9 50:18
**process** 20:25 27:20 34:25 35:21
**Production** 3:3
**professional** 1:22 13:19 51:12
**program** 19:8
**programs** 19:7
**Proofread** 51:18 52:25
**prosecuted** 11:2,6
**prosecution** 11:12
**provide** 5:15 6:16 55:4
**provider** 19:13,15
**provisions** 23:11
**purposeful** 47:9
**PURSUANT** 1:14
**put** 33:14 39:21 41:10,10

**Q**

**question** 5:13,17,20 6:9,9,16 9:17
  11:6 15:25 16:9,17 24:11 29:18
  29:21 33:1,1 34:11 44:5 46:3
**questioned** 4:3
**questioning** 46:11
**questions** 5:14 18:9,12 39:5,20
  41:20 42:17 43:2 51:3
**Quotation** 3:11
**quote** 3:12

**R**

**R** 2:1
**ranged** 14:3
**read** 13:2 16:16 28:12,15,24,25
  29:10 32:4 33:12 47:21 48:8,10
  48:15 52:19 54:9,11,14,17,24
  55:5,5
**readable** 48:11
**reading** 30:4 46:13,22 47:8,22
  48:5
**ready** 54:16,19
**really** 14:22 28:12 31:4 33:3,12
  34:2 44:15,16 46:18,21
**reason** 28:18,21 29:24 30:1 45:21
  46:12,17 52:10,12
**reasonable** 48:8
**REC'D** 53:10,15,20,25
**recall** 5:4 14:9,22 15:8,22 16:6

16:23 19:6 20:15,24 24:7,9
  27:21 29:5 31:21 34:1 40:16
  44:16,18
**receipt** 53:1 55:4
**received** 54:21
**Recess** 38:21 44:3
**recognizing** 33:22
**recollection** 34:13
**record** 4:10 22:2 41:11 43:13
**recoverable** 50:24
**reflect** 3:12
**regarding** 50:23
**register** 27:25 31:16 34:17
**registration** 3:5,6 25:1 27:20
  29:9 31:12 32:2,9 33:7,10,21
  34:12 36:1,13
**registrations** 36:2
**regular** 46:23
**regulate** 26:24
**regulated** 26:3
**Regulation** 29:2,13
**related** 51:6
**relaxer** 7:10 44:14
**relaxers** 7:12 40:1,19 44:10
**relevant** 9:18,19 16:7
**remember** 4:24 34:3
**remit** 54:20
**renew** 21:5
**renewal** 3:5 29:9 31:11
**report** 51:3
**REPORTED** 1:21
**reporter** 5:22 6:1,5 51:13
**REPORTER'S** 3:10
**Reporting** 1:22 51:12
**represent** 4:7
**represented** 50:19
**request** 50:12
**requested** 50:21 54:9
**requests** 3:2,3 7:25
**required** 21:11 35:6 40:20 41:4
  47:17
**requires** 35:4
**residence** 8:23
**resolve** 47:13
**respect** 41:15 47:15,19
**response** 15:24 16:5 30:13 39:20
**Responses** 3:2
**responsibility** 27:10 48:10
**rest** 48:24

**results** 27:6
**retained** 50:12
**return** 54:12,14
**returning** 29:22
**review** 8:12 15:6 28:9 54:16,19
**revocation** 38:6,11,11
**revoke** 37:21
**revoked** 37:25 38:3,15
**right** 10:5 11:4 13:17
**rights** 41:22
**risk** 26:16
**risks** 26:20
**RMR** 1:21 51:11
**room** 43:18
**rules** 1:14 5:11 51:7 55:4

**S**

**S** 2:1
**Santa** 2:10 54:3
**saying** 34:6 41:23,25 45:11
**says** 9:19 15:25 22:23 23:6,9,10
  23:14 24:14 29:8,19 33:3 45:18
**schedules** 25:14
**school** 10:8
**sealed** 50:12
**see** 15:11 23:6,9,10,14 24:13 29:7
  29:19 30:18 31:8 32:20 42:8
  48:2
**seen** 14:18,23 22:5,7 29:4 32:3,5
  32:6 34:9
**self-employed** 10:24
**send** 15:20
**sense** 6:17
**sent** 48:3
**September** 48:4
**serious** 27:10
**service** 1:22 10:19 51:12
**services** 18:14
**session** 5:13
**set** 46:8 51:3 54:23
**shakes** 47:1
**share** 41:3
**sharing** 41:1
**shorthand** 51:3
**show** 14:14 21:25 28:7 31:24
**sign** 15:20 35:14 48:15 54:9 55:5
**signature** 15:3,5 31:2,7 50:21,23
  54:11,12,12,14,14,22,25 55:6
**signature-correction** 55:2

**SIGNATURE/CORRECTION**
  2:23 52:2
**signatures** 30:19 31:1
**signed** 52:23 54:18,24 55:5
**Significant** 9:3
**Silver** 8:22 10:9,9,10
**Sincerely** 55:7
**six** 41:7
**small** 22:19 23:15 28:10,12,25
**smaller** 32:4
**somebody** 47:21
**soon** 54:20
**sorry** 7:6 15:18 19:1 20:19 30:22
**sort** 27:19 44:9 48:14
**sound** 20:10
**sounds** 5:12
**speaking** 27:13
**specific** 35:4,6
**specifically** 6:15 23:22 24:7
**specificity** 44:11
**spell** 4:9
**Spirit** 2:10 54:3
**staff** 36:7,11,12
**start** 11:15 17:25 41:13
**started** 12:5 13:15 38:22
**state** 4:9 7:18
**statement** 52:10 54:8
**States** 1:1,3 4:8 15:7 50:1,4 52:1
  53:4 54:5
**status** 17:22 37:12
**stay** 43:17,23 46:7
**stenographic** 51:3
**straight** 17:9
**Street** 1:11,23 2:5 50:16
**stuff** 24:3 29:3
**subject** 18:9
**submit** 31:10
**submitted** 15:7,21 29:12
**substance** 3:5,6 25:8,10,15 29:9
  31:11 32:2,9 33:9,21
**substances** 25:20,24 26:3,8,17,24
  27:4,10,13,22 28:1 31:18 32:16
  34:21
**suggesting** 45:4
**Suite** 1:11,23 2:5 13:4 50:16
**sure** 33:5 38:18,20 40:5 45:24
  48:12
**surgery** 10:15
**sworn** 4:2

**T**

**take** 6:10 7:23 11:4,10,11,14
  12:20 14:11,20,20 16:18 17:23
  19:20 23:19 26:6 28:9,10 30:15
  38:17 40:20 41:4 42:15 43:9
  44:23 47:17,18
**taken** 1:17 4:13 6:19,22,24 37:17
  38:21 39:16 44:3 50:12 51:17
  54:6
**talk** 6:3 18:13 19:25 24:25 34:25
  38:23
**talked** 19:1 45:2
**talking** 12:9
**telephone** 16:1
**tell** 9:10,11 12:24 13:6 15:17,19
  31:3 40:2
**Ten** 38:19
**testified** 4:3,25 5:2,3 42:21
**testify** 6:20 7:12 39:1,4,20 41:19
  42:12,17 45:6 46:4 47:6
**testifying** 42:12 47:5
**testimony** 52:19,20
**thank** 34:16
**thereof** 50:12
**thing** 48:17
**things** 5:24
**think** 8:3 9:18 14:24 18:9 20:22
  28:21 29:20 30:3 35:3 39:12,17
  39:23 41:17,24 44:4,13 46:7,14
  47:16,17,22
**third** 1:23 2:5 15:25 50:16
**three** 18:8,11 30:19 31:1
**time** 6:7,13,13 14:4,4,21 15:13
  20:23 28:10 35:19 38:18 39:17
  41:17 42:1,19 44:15 48:20
  53:10,15,20,25 54:8 55:6
**times** 4:16 5:2 33:16
**today** 6:21 7:13,22 8:14 28:15
  37:13 38:3 39:19 40:8,10 41:17
  42:16 47:8 48:19
**told** 40:18
**top** 29:1,7,19
**topic** 48:18
**totally** 34:3
**trade** 12:17 17:2,3 18:4
**trademark** 12:17
**transcribed** 52:20
**transcript** 6:2 39:2 50:21 51:4
  52:20 53:8,13,18,23 54:9,10,11

  54:13,15,16,17,19,21,24 55:1,5
  55:5,6
**trial** 45:23 46:5,6 54:23
**true** 51:4 52:20
**truth** 40:3
**truthful** 5:15
**truthfully** 6:21 7:13 39:2,5,20
  41:19 42:12,17 46:4 47:6
**try** 5:23,24
**trying** 24:2 30:23 33:12,25 42:3
  43:24 44:12
**turn** 14:25
**two** 9:24 18:6,6 32:20,20 38:24
  40:9 43:1 44:24 46:20
**type** 6:5 27:18
**types** 4:23 26:9 35:13
**typing** 5:22
**typographical** 52:3

**U**

**U.S** 2:4 4:7 50:15
**U.S.A** 14:15 22:1,3 28:8 30:18
  31:25
**um-hum** 5:21,24 6:25 9:6 10:16
  12:3,15 16:22
**understand** 5:16 6:11 28:14
  33:18 41:20 42:10 43:1
**understanding** 19:18 21:19,22
  26:5 27:12,19 30:14 39:19
  41:18 42:16
**understood** 5:20 21:23 34:20
  49:1
**United** 1:1,3 4:7 15:7 50:1,4 52:1
  53:4 54:5
**University** 10:12,18
**unlawful** 21:14
**USA00001** 22:4
**USA000037** 32:1
**use** 35:7
**usually** 30:4

**V**

**vague** 20:17
**variations** 7:8
**verbally** 5:23
**verification** 15:11,14
**verified** 16:8
**version** 48:11
**Volume** 1:10

**vs** 1:5 50:6 52:1 53:4 54:5

**W**

**W** 2:9 50:23 53:12 54:2
**W-I-L-L-I-A-M** 4:11
**waive** 39:23 41:22
**want** 16:8 38:24 39:11 43:8 44:5
   45:24 48:1,1,10
**wanted** 13:2 38:23
**waste** 39:17 41:17 42:19
**way** 7:18 41:16 43:25
**we'll** 5:19 8:1 14:15 22:1 31:25
   43:13,17 44:2 47:11 48:1,2,12
   48:13,13,15
**we're** 6:5 39:22 42:20,22 43:3,15
   47:15
**wear** 46:21
**wearing** 46:18
**weeks** 38:24 43:1
**went** 7:5 10:9
**whatsoever** 51:7
**wife** 9:5,12
**wife's** 9:9,10,11 10:2,4,7
**William** 1:6,9 2:20 4:1,11 12:14
   12:22 17:5 18:5 32:21,21 50:7
   50:12 52:1,19,23 53:3,4 54:5,6
**willing** 41:18 42:15
**win** 38:10
**witness** 2:23 7:23 11:4 13:10
   16:21 30:10,25 42:11 45:8 47:1
   50:21,21,23 51:2 52:2 53:3 54:9
   54:11 55:4
**word** 45:20
**words** 29:1
**work** 6:3
**worked** 11:25 16:3,6
**working** 35:20
**works** 38:20
**worthless** 39:3,14
**write** 35:7 36:7
**writing** 35:21 36:4
**written** 14:17
**wrote** 16:12 36:20 37:1
**Wyoming** 17:10

**X**

**X** 2:18
**Xerox** 22:8,10 33:14,19,22

**Y**

**yeah** 14:20 15:2,12,13 17:21
   19:17 22:6,17,20 23:3 24:16
   29:5 31:1,6 46:8,17 48:12
**year** 11:20 46:20
**years** 12:1 21:6
**Yup** 14:1

**Z**

**0**

**1**

**1** 1:10 3:2 14:13,16
**10:11** 38:21
**10:16** 44:3
**10:25** 44:3
**10:30** 49:2
**1003905043** 19:21
**101** 13:4
**1154767259** 19:23
**11th** 48:4
**12/31/2023** 51:13
**12/9/69** 8:18
**12th** 22:15
**13** 1:10 50:11 51:17 52:21 53:2
   54:6
**14** 3:2
**145** 1:21 50:11 51:11,13
**15** 2:10 54:3
**1630** 1:23
**17** 14:16
**17th** 38:1
**1996** 11:22,23,24 20:1,2,10,12,24
   22:15
**1998** 11:24 12:6 13:15
**1998-ish** 11:19

**2**

**2** 3:4 21:24 22:1,1,4 30:19,21
**200** 13:3
**201** 1:11,23 2:5 17:10 50:16
**2020** 14:7 16:4 23:6 35:19 38:1,5
   38:11,15
**2021** 14:7 16:4
**2023** 1:10 14:16 50:11 51:17
   52:21 53:2 54:6
**21** 3:4 35:19
**22-cv-00830-JB/JFR** 1:5 50:6

**28** 3:5

**3**

**3** 3:5 28:6,9 30:22,23
**30** 23:6 55:4
**31** 3:6
**3rd** 1:11

**4**

**4** 2:21 3:6 31:23 32:1

**5**

**5** 15:24 16:10,16
**50** 2:22
**505** 2:11
**505-843-9494** 54:17,22
**505)828-2669** 13:12
**505.224.1469** 2:6
**52** 2:23
**53-ish** 8:20

**6**

**7**

**8**

**800-669-9492** 54:18
**8200** 13:8,9 17:15
**8692N-PJ** 1:25 51:17 52:25 53:2
   55:25
**87102** 1:23 2:5 50:16
**87122** 13:4
**87123** 17:11
**87505** 2:10
**87506-1103** 54:3

**9**

**9:19** 1:11
**9:58** 38:21
**900** 1:11 2:5 50:16
**989.5057** 2:11