IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 08 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.   Case No. 22-cv-830-JB-JFR

WILLIAM C. GARDNER, DDS

Defendant.

## PERMISSION TO APPEAR VIA ZOOM

In accordance with the order by this court. The court allowed leave to appear via zoom. Timely, The Defendant is asking for leave to court to appear via zoom on March 26th, 2024 at 9:30am in the matters to be heard.

Respectfully submitted.

William Gardner
8200 Carmel Ave. NE Suite 101
Albuquerque NM 87122
505-507-2669
Wcgardner1@gmail.com

CERTIFICATE OF SERVICE: via email

Ben Minegar
Assistant U.S. Attorney
U.S. Attorney's Office
District of New Mexico
Desk: 505-224-1469
Cell: 505-537-1155
Benjamin.Minegar@usdoj.gov