FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 3 0 2024

MITCHELL R. ELFERS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

No. 1:22-cv-00830-JB-JFR

WILLIAM C. GARDNER, DDS,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion to File Summary Judgment Exhibit Under Seal. (Doc. 163). The Court finds the Motion well taken and therefore GRANTS the Motion. Accordingly, Plaintiff is authorized to file the following document under seal:

- Receiver's and Special Master's Report filed in *Gardner v. Gardner*, No. D-202-dm-2023-03332 (2nd Jud. District Apr. 24, 2024).

IT IS SO ORDERED.

                                                                                                               UNITED STATES DISTRICT JUDGE

Submitted by:

*s/ Sean M. Cunniff*
Sean M. Cunniff
*Assistant United States Attorney*
201 3rd Street NW, Suite 900
Albuquerque, NM 87103
(505) 389-3013
sean.cunniff@usdoj.gov

Approved by:

BRYAN J. DAVIS, ATTORNEY AT LAW, LLC
Bryan J. Davis
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: 505-697-6920
bryan@bryanjdavislaw.com