IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.  No. CIV 22-0830 JB/JFR

WILLIAM C. GARDNER, DDS,

Defendant.

## ORDER

THIS MATTER comes before the Court on the Joint Request to Vacate Case Dates (Doc. 186). The Court finds the Motion well taken and therefore GRANTS the Motion. Accordingly, the dates set forth in the Order Granting Defendant's Unopposed Motion to Extend Certain Pretrial Deadlines and Reset the Trial Date (Doc. 158) are hereby vacated.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

 *s/ Sean M. Cunniff*
Sean M. Cunniff
 *Assistant United States Attorney*
201 3rd Street NW, Suite 900
Albuquerque, NM 87103
(505) 389-3013
sean.cunniff@usdoj.gov

Approved by:

BRYAN J. DAVIS, ATTORNEY AT LAW, LLC
Bryan J. Davis
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: 505-697-6920
bryan@bryanjdavislaw.com