IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                       Case No. 1:22-CV-0830-JB/JFR

**WILLIAM C. GARDNER, DDS,**

    **Defendant.**

### ATTORNEY BRYAN J. DAVIS'S UNOPPOSED MOTION
### TO WITHDRAW AS COUNSEL FOR DEFENDANT

Bryan J. Davis (Bryan J. Davis, Attorney at Law, LLC) moves, pursuant to D.N.M.-LR 83.8(b), to withdraw as counsel for Defendant William C. Gardner, DDS. Mr. Davis has terminated his attorney-client relationship with Dr. Gardner effective January 27, 2026, after Dr. Garnder refused to withdraw Motions to Dismiss [Docs. 195 & 198], which he filed *pro se* and without Mr. Davis's knowledge or consent, which puts Mr. Davis in an irreconcilable conflict with Dr. Garnder. Mr. Davis, therefore, seeks to withdraw from representing Dr. Gardner in this matter.

Dr. Gardner has not responded to Mr. Davis's request for consent to his withdrawal by the time of filing this Motion. Dr. Gardner, therefore, is hereby informed, pursuant to D.N.M.-LR 83.8(b), that objections must be served and filed within fourteen (14) days from the date of service of the Motion and that failure to object within this time constitutes consent to grant the Motion. The United States does not oppose this Motion.

WHEREFORE, Bryan Davis respectfully requests the Court to grant his Motion to Withdraw as Counsel for Defendant.

    Submitted by:

    **BRYAN J. DAVIS, ATTORNEY AT LAW, LLC**

    By: **/s/ Bryan J. Davis**
        Bryan J. Davis (N.M. Bar No. 19562)
        124 Wellesley Drive SE
        Albuquerque, NM 87106
        Tel:  505-697-6920
        bryan@bryanjdavislaw.com

I hereby certify that by means of the
CM/ECF system, I have electronically filed
the foregoing and served it on all counsel of
record on the date filed and via email on Defendant.

By: /s/ Bryan J. Davis
      Bryan J. Davis

2