𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| *v.* | No. 1:22-cv-00830-JB-JFR |
| WILLIAM C. GARDNER, DDS, | |
| *Defendant.* | |

## <u>REQUEST FOR VOLUNTARY DISMISSAL</u>

Pursuant to Fed. R. Civ. Pr. 41(a)(2), and as outlined herein, the United States requests an order granting voluntary dismissal of the outstanding claims in this litigation.

At issue in this dispute are ninety-four (94) controlled substances prescriptions. The United States alleges that Defendant, who was formerly licensed to practice dentistry, issued those 94 prescriptions during a period when he lacked the proper professional licensure, a violation of the Controlled Substances Act ("**CSA**"). Doc. 219 at 9.

The Court has granted partial summary judgment for the United States with respect to Defendant's liability under the CSA for most of the disputed prescriptions, ruling that eighty (80) of the ninety-four (94) prescriptions are subject to a $4,000 per prescription penalty under the CSA. *Id.* at 46.

The United States seeks the voluntary dismissal of the CSA claim with respect to the remaining fourteen (14) prescriptions which were not included in the grant of summary judgment. The requested dismissal is proper in light of the interests of judicial economy and reaching final resolution in a dispute that was first filed in 2022.

Respectfully submitted,

TODD W. BLANCHE
Deputy attorney General

RYAN ELLISON
First Assistant United States Attorney
District of New Mexico

*Electronically filed 6/23/26*
*/s/ Sean M. Cunniff*
By: Sean M. Cunniff
Assistant United States Attorney
District of New Mexico
201 3rd St. NW Suite 900
Albuquerque, NM  87102
Tel.: (505) 224-1473 (desk)
Cell: (505) 389-3013
Fax: (505) 346-7205
sean.cunniff@usdoj.gov
***Counsel for the United States***

## CERTIFICATE OF SERVICE

I certify that, on June 23, 2026, I filed the foregoing document electronically through CM/ECF, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*s/ Sean M. Cunniff*
Sean M. Cunniff